Manning&Kass
Ellrod, Ramirez, Trester LLP
Attorneys at Law

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DANNY N. COOLIDGE, | Case No. 2:18-cv-00842 SVW(RAOx) |
|     Plaintiff, | [PROPOSED] JUDGMENT |
|     v. | |
| TARGET CORPORATION, and DOES 1 to 50 Inclusive, | |
|     Defendants. | |

Pursuant to the Court's Order granting Defendant's Motion for Summary Judgment [Doc. # 38], IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant TARGET CORPORATION, and against Plaintiff DANNY N. COOLIDGE. IT IS HEREBY FURTHER ORDERED, ADJUDGED, and DECREED that Defendant TARGET CORPORATION shall be entitled to recover costs against Plaintiff DANNY N. COOLIDGE in the amount of To Be Determined substantiated by Defendant TARGET CORPORATION's Application to the Clerk to Tax Costs attached hereto as Exhibit "A" [Doc. #39].

DATED:   September 27, 2018      _____

                     UNITED STATES DISTRICT JUDGE
                     STEPHEN V. WILSON

# EXHIBIT A

# UNITED STATES DISTRICT COURT

## Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

Danny N. Coolidge

        V.

Target Corporation, et al.

Case Number: 2:18-cv-00842 SVW(RAOx)

Judgment was entered in this action on  7/30/2018  /  38  against  Danny N. Coolidge  .
                                  Date      Docket No.

### NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.

| | |
|---|---:|
| Filing fees: see L.R. 54-3.1 | $400.00 |
| Fees for service of process: see L.R. 54-3.2 | $5,981.12 |
| United States Marshal's fees: see L.R. 54-3.3 | |
| Reporter's transcripts: see L.R. 54-3.4 | |
| Depositions: see L.R. 54-3.5 | $2,569.81 |
| Witness fees (itemize on page 2): see L.R. 54-3.6 | |
| Interpreter's and translator's fees: see L.R. 54-3.7 | |
| Docket fees: see L.R. 54-3.8 | |
| Masters, commissioners and receivers: see L.R. 54-3.9 | |
| Certification, exemplification and reproduction of documents: see L.R. 54-3.10 | |
| Premiums on bonds and undertakings: see L.R. 54-3.11 | |
| Other Costs: see L.R. 54-3.12 (attach court order) | |
| State Court costs: see L.R. 54-3.13 | $435.00 |
| Costs on appeal: see L.R. 54-4 | |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-5 | |
| **TOTAL** | $9,385.93 |

<u>**NOTE:**</u> **You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations. All receipts must be self-explanatory.**

### DECLARATION

    I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this application has been served on all parties by:

- [✓] The Court's CM/ECF System
- [ ] Conventional service by first class mail
- [ ] Other _____

/s/ Martin Holly
Signature

Martin Holly, Esq.
Print Name

Attorney for: Target Corporation

Costs are taxed in the amount of _____

Clerk of Court

By: _____
Deputy Clerk

Date

| WITNESS FEES (computation, *see* 28 U.S.C. § 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL | | |

**EXHIBIT "A"**

**Coolidge v. Target**

**2:18-cv-00842 SVW(RAOx)**

**Filing Fees – Worksheet**

| Dates | Filing and Motion Fees | Amount |
|---|---|---|
|  |  |  |
| **State Court** |  |  |
|  |  |  |
| 11/01/2017 | State Court Filing Fee | **435.00** |
|  |  |  |
|  |  |  |
| **Federal Court** |  |  |
|  |  |  |
| 02/01/2018 | Filing Fee, Notice of Removal | **400.00** |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |



1609 JAMES M. WOOD BLVD | LOS ANGELES | CA 90015

| | Invoice # | Customer # |
|---|---|---|
| | 160502 | 240 |
| | 11/15/17 | |
| | Invoice Date | Total Invoice |

MANNING & KASS, ELLROD, ET AL.
801 S. FIGUEROA ST., 15TH FL
ATTN: ACCOUNTS PAYABLE DEPT
LOS ANGELES, CA 90017

FOR ANY BILLING INQUIRIES
PLEASE CALL ACCOUNTING AT
(213) 249-9970
TAX ID # 20-8284527

✂ - - - - - - - - - - - - - - - - Cut here and return with payment - - - - - - - - - - - - - - - - - -

| | Customer No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|---|

11/01/17   1025022   CRS

COURT RUN / SAME DAY

MANNING & KASS, ELLROD, ET.AL.
801 SOUTH FIGUEROA STREET
LOS ANGELES        CA 90017
Caller: ELIZABETH SOLORZ
Case Number: BC 669105
Documents: FILE/CONFORM/RETURN ANSWER
Client/Matter: TBD

LASC CENTRAL
111 NORTH HILL STREET
LOS ANGELES       CA 90012

Case Title: COOLIDGE V TARGET

Signed by: FILED R102 11/01

Base Chg  :      5.00
Adv Fees  :    435.00          440.00

1999-57931

Continued

Total ▶



**MaryLou Louie**

| | |
|---|---|
| **From:** | Elizabeth Solorza |
| **Sent:** | Friday, February 02, 2018 8:10 AM |
| **To:** | MaryLou Louie |
| **Subject:** | Receipt - Removal FW: https://protect-us.mimecast.com/s/DtjECNk7j1C06XABSmFB65?domain=pay.gov Payment Confirmation: CACD CM ECF |
| **Categories:** | 2-Posted, Virtual Credit Card |

Receipt for removal re Coolidge v target. 1999- 57931

thanks

**From:** paygovadmin@mail.doc.twai.gov [mailto:paygovadmin@mail.doc.twai.gov]
**Sent:** Thursday, February 1, 2018 4:26 PM
**To:** Elizabeth Solorza
**Subject:** https://protect-us.mimecast.com/s/DtjECNk7j1C06XABSmFB65?domain=pay.gov Payment Confirmation: CACD CM ECF

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact CACD CM/ECF Helpdesk at (213) 894-0242.

Application Name: CACD CM ECF
Pay.gov Tracking ID: 267HF9KT
Agency Tracking ID: 0973-21198103
Transaction Type: Sale
Transaction Date: Feb 1, 2018 7:26:02 PM

Account Holder Name: Steven Manning
Transaction Amount: $400.00
Card Type: MasterCard
Card Number: *

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

# Coolidge v. Target

## 2:18-cv-00842 SVW(RAOx)

## Service of Process Fees – Worksheet

| Dates | Description | Amount |
|-------|-------------|--------|
| 02/28/2018 | Mark R. Weiner & Associates | 2,010.25 |
| 03/15/2018 | Select Physical Therapy | 256.86 |
| 03/20/2018 | Gabriel V. Rubanenko, MD | 148.89 |
| 03/21/2018 | Cedars-Sinai Medical Center (billing) | 136.30 |
| 03/26/2018 | Cedars-Sinai Medical Center (medical) | 139.07 |
| 03/30/2018 | Centers for Medicine and Medicaid Services Director, Freedom of Information Group in Baltimore, MD | 65.38 |
| 05/08/2018 | Cedars-Sinai Medical Center/Radiology | 355.68 |
| 07/19/2018 | David Alessi, MD | 117.41 |
| 07/26/2018 | Medical Billing Concepts | 113.88 |
| 07/26/2018 | Cedars-Sinai Physician Billing | 131.95 |
| 07/26/2018 | Cedars-Sinai Medical Group/Business Office | 126.48 |
| 07/26/2018 | Cedars-Sinai Medical Group/Beverly Hills | 124.21 |
| 07/26/2018 | Cedars-Sinai Medical Center/Medical | 128.99 |
| 07/26/2018 | Cedars-Sinai Medical Center/Billing | 114.39 |
| 07/26/2018 | Cedars-Sinai Medical Center | 118.16 |
| 07/26/2018 | Cedars-Sinai Medical Center | 114.89 |
| 07/27/2018 | UCLA Health Systems/Radiology | 106.34 |
| 07/28/2018 | Wexco International Corp | 156.93 |
| 07/30/2018 | UCLA Health Systems | 226.59 |
| 07/31/2018 | Tower Hematology Oncology Medical Group | 169.29 |
| 08/01/2018 | Gabriel V. Rubanenko, MD | 99.40 |
| 08/06/2018 | Cedars-Sinai Medical Center/Radiology | 87.73 |
| 08/06/2018 | Cedars-Sinai Medical Center/Radiology | 87.73 |
| 08/06/2018 | A-Medical Billing | 87.73 |
| 08/06/2018 | Ronald Glousman, MD | 87.73 |
| 08/06/2018 | Cedars-Sinai Medical Center/Radiology | 87.73 |
| 08/06/2018 | Moosa Heikali, MD | 87.73 |
| 08/06/2018 | Cedars-Sinai Medical Center/Radiology LA | 87.73 |
| 08/07/2018 | Cedars-Sinai Medical Center/Medical Torrance | 87.73 |
| 08/07/2018 | Cedars-Sinai Medical Center/Billing Torrance | 87.73 |
| 08/08/2018 | Santa Monica UCLA Medical Center & Orthopaedic Hospital/Patient Accounts | 87.73 |
| 08/09/2018 | UCLA Physicians Billing | 87.73 |
| 08/10/2018 | Cedar-Sinai Medical Center | 54.75 |
| | **Total:** | **5,981.12** |

Please disregard previously sent invoice #5903613-01-05. Thank you.

*Invoice*

 **ABI** DOCUMENT SUPPORT SERVICES

1.800.266.0613   Fax: 1.800.266.5044

| ACCOUNT NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 6999 | February 28, 2018 | 5903613-01-07 |

Federal Tax I.D. No. 44-0657294 Professional Photocopier ID #: 551

Terms: 30 Days

Bill To: Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

Ship To: Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

| PERTAINING TO: Danny Naor Coolidge | FIRMS NUMBER: 1999-57931 |
|---|---|
| CASE TITLE:  Naor Danny Coolidge | INSURED: |
|  vs. Target | DATE OF LOSS: |
| CASE NUMBER: BC569105 | CLAIM / POLICY #: / |

| LOCATION AND DESCRIPTION OF BILLING | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Mark R. Weiner & Associates Glendale, CA | | | |
|  | | | 37.00 |
| Basic Fee - Subpoena | | | |
| Bates Numbering - per Page | 6,121.00 | .05 | 306.05 |
| Fee Advance Charge - per payment | 1.00 | 2.75 | 2.75 |
| Notice to Consumer | | | 5.00 |
| Pages | 6,036.00 | .18 | 1,086.48 |
| Shipping and Handling | 1.00 | 9.50 | 9.50 |
| Subpoena Preparation | | | 12.50 |
| Trip Charge | 2.00 | 15.00 | 30.00 |
| Witness Fee | | | 15.00 |
| Regarding: Danny Naor Coolidge at  Mark R. Weiner & Associates Glendale | | SUB-TOTAL | |
| Please find the attached Documents and Laser Copies! hbp | | SALES TAX | |
| Thank you for choosing ABI Document Support Services! | | TOTAL DUE | SEE NEXT PAGE |

For billing inquiries, please contact our Customer Service Department at 1-800-266-0613.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FOR PROPER CREDIT, PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.    *Remittance Copy*

PLEASE CHECK HERE ( ) AND
MAKE CHANGES TO ADDRESS
BELOW.

Bill To:   Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

Remit To:  ABI Document Support Services
P.O. Box 2970
Springfield, MO 65801-2970

| ACCOUNT NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 6999 | February 28, 2018 | 5903613-01-07 |

TOTAL DUE:   | SEE NEXT PAGE |

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO ABI Document Support Services.



Order#:5903613-01/ABIINVre^1



# Invoice

| ACCOUNT NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 6999 | February 28, 2018 | 5903613-01-07 |

Federal Tax I.D. No. 44-0657294  Professional Photocopier ID #: 551

1.800.266.0613    Fax: 1.800.266.5044

Terms: 30 Days

**Bill To:** Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

**Ship To:** Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

| PERTAINING TO: | Danny Naor Coolidge | FIRMS NUMBER: | 1999-57931 |
|---|---|---|---|
| CASE TITLE: | Naor Danny Coolidge | INSURED: | |
| | vs. Target | DATE OF LOSS: | |
| CASE NUMBER: | BC669105 | CLAIM / POLICY #: / | |

| LOCATION AND DESCRIPTION OF BILLING | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Photo Duplication | 85.00 | 4.00 | 340.00 |

Regarding: Danny Naor Coolidge at  Mark R. Weiner & Associates Glendale

Please find the attached Documents and Laser Copies! hbp

Thank you for choosing ABI Document Support Services!

| | |
|---|---|
| SUB-TOTAL | 1,844.28 |
| SALES TAX | 165.97 |
| TOTAL DUE | $ 2,010.25 |

For billing inquiries, please contact our Customer Service Department at 1 800 266-0613.

---

FOR PROPER CREDIT, PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

*Remittance Copy*

PLEASE CHECK HERE ( ) AND
MAKE CHANGES TO ADDRESS
BELOW.

**Bill To:**    Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

**Remit To:**    ABI Document Support Services
P.O. Box 2970
Springfield, MO 65801-2970

| ACCOUNT NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 6999 | February 28, 2018 | 5903613-01-07 |

TOTAL DUE:    $  2,010.25

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.

2. MAKE CHECKS PAYABLE TO ABI Document Support Services.

Order#:5903613-01/ABIINVre^Z



*Invoice*

1.800.266.0613    Fax: 1.800.266.5044

| ACCOUNT NO. | INVOICE DATE: | INVOICE NO.: |
|---|---|---|
| 6999SA | March 15, 2018 | 5940376-02-01 |

Federal Tax I.D. No. 44-0657294 Professional Photocopier ID #: 551

Terms: **30 Days**

Bill To: Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

Ship To: Martin Holly, Esq.
Manning & Marder, Kass, Ellrod, Ramirez, LLP
801 S. Figueroa, Suite 1300
Los Angeles, CA 90017

| | | | |
|---|---|---|---|
| PERTAINING TO: | Danny Naor Coolidge aka Naor Danny Coolidge | FIRMS NUMBER: | 1999-57931 |
| CASE TITLE: | Danny Naor Coolidge | INSURED: | |
| | vs. TARGET CORPORATION | DATE OF LOSS: | 07/23/2015 |
| CASE NUMBER: | BC669105 | CLAIM / POLICY #: | 1999-57931 / |

| LOCATION AND DESCRIPTION OF BILLING | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Select Physical Therapy** | | | |
| **Los Angeles, CA** | | | |
| Basic Fee - Subpoena | | | 37.00 |
| Bates Numbering - per Page | 261.00 | .05 | 13.05 |
| Fee Advance Charge - per payment | 2.00 | 2.75 | 5.50 |
| Notice to Consumer | | | 5.00 |
| Pages | 261.00 | .18 | 46.98 |
| Shipping and Handling | 1.00 | 9.50 | 9.50 |
| Subpoena Preparation | | | 12.50 |
| Trip Charge | 2.00 | 15.00 | 30.00 |
| Witness Fee | | | 15.00 |

| | | |
|---|---|---|
| Regarding: Danny Naor Coolidge aka Naor Danny Coolidge at  Select Physical Therapy Los Angeles | SUB-TOTAL | |
| Please find the attached Medical and Billing Records! There are no X-rays. ct | SALES TAX | |
| Thank you for choosing ABI Document Support Services! | TOTAL DUE | SEE NEXT PAGE |

For billing inquiries, please contact our Customer Service Department at 1-800-266-0613.

--------------------------------------------------------------------------------
FOR PROPER CREDIT, PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

*Remittance Copy*

PLEASE CHECK HERE (  ) AND
MAKE CHANGES TO ADDRESS
BELOW.

Bill To:    Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

| ACCOUNT NO.: | INVOICE DATE: | INVOICE NO.: |
|---|---|---|
| 6999SA | March 15, 2018 | 5940376-02-01 |

TOTAL DUE:     | SEE NEXT PAGE |

Remit To:    ABI Document Support Services
P.O. Box 2970
Springfield, MO 65801-2970

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.

2. MAKE CHECKS PAYABLE TO ABI Document Support Services.

Order#:5940376-02/ABIINVre^1



*Invoice*

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | March 15, 2018 | 5940376-02-01 |

1.800.266.0613    Fax: 1.800.266.5044

Federal Tax I.D. No. 44-0657294 Professional Photocopier ID #: 551

Terms: 30 Days

Bill To: Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

Ship To: Martin Holly, Esq.
Manning & Marder, Kass, Ellrod, Ramirez, LLP
801 S. Figueroa, Suite 1300
Los Angeles, CA 90017

| PERTAINING TO: Danny Naor Coolidge aka Naor Danny Coolidge | FIRMS NUMBER: 1999-57931 |
|---|---|
| CASE TITLE: Danny Naor Coolidge | INSURED: |
| vs. TARGET CORPORATION | DATE OF LOSS: 07/23/2015 |
| CASE NUMBER: BC669105 | CLAIM / POLICY #: 1999-57931 / |

| LOCATION AND DESCRIPTION OF BILLING | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Custodial Fee | | | 75.25 |
| | | | |
| Regarding: Danny Naor Coolidge aka Naor Danny Coolidge at Select Physical Therapy Los Angeles | | SUB-TOTAL | 249.78 |
| Please find the attached Medical and Billing Records! There are no X-rays. ct | | SALES TAX | 7.08 |
| Thank you for choosing ABI Document Support Services! | | TOTAL DUE | $ 256.86 |

For billing inquiries, please contact our Customer Service Department at 1 800 266-0613.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FOR PROPER CREDIT, PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

*Remittance Copy*

PLEASE CHECK HERE ( ) AND
MAKE CHANGES TO ADDRESS
BELOW.

Bill To: Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | March 15, 2018 | 5940376-02-01 |

TOTAL DUE:    $ 256.86

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.

2. MAKE CHECKS PAYABLE TO ABI Document Support Services.

Remit To: ABI Document Support Services
P.O. Box 2970
Springfield, MO 65801-2970

Order#:5940376-02/ABIINVro^2




# Invoice

1.800.266.0613    Fax: 1.800.266.5044

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | March 20, 2018 | 5940376-01-01 |

Federal Tax I.D. No. 44-0657294 Professional Photocopier ID #: 551

Terms: 30 Days

Bill To: Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

Ship To: Martin Holly, Esq.
Manning & Marder, Kass, Ellrod, Ramirez, LLP
801 S. Figueroa, Suite 1300
Los Angeles, CA 90017

| | |
|---|---|
| PERTAINING TO: Danny Naor Coolidge aka Naor Danny Coolidge | FIRMS NUMBER:  1999-57931 |
| CASE TITLE:  Danny Naor Coolidge | INSURED: |
| vs. TARGET CORPORATION | DATE OF LOSS:  07/23/2015 |
| CASE NUMBER:  BC669105 | CLAIM / POLICY #: 1999-57931 / |

| LOCATION AND DESCRIPTION OF BILLING | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Gabriel V Rubanenko MD | | | |
| Los Angeles, CA | | | |
| | | | 37.00 |
| Basic Fee - Subpoena | | | 7.10 |
| Bates Numbering - per Page | 142.00 | .05 | 2.75 |
| Fee Advance Charge - per payment | 1.00 | 2.75 | 5.00 |
| Notice to Consumer | | | 25.56 |
| Pages | 142.00 | .18 | 9.50 |
| Shipping and Handling | 1.00 | 9.50 | 12.50 |
| Subpoena Preparation | | | 30.00 |
| Trip Charge | 2.00 | 15.00 | 15.00 |
| Witness Fee | | | |

| | | |
|---|---|---|
| Regarding: Danny Naor Coolidge aka Naor Danny Coolidge at  Gabriel V Rubanenko MD Los Angeles | SUB-TOTAL | 144.41 |
| | SALES TAX | 4.48 |
| Please find the attached Medical and Billing Records! There are no X-rays. hbp | | |
| Thank you for choosing ABI Document Support Services! | TOTAL DUE | $ 148.89 |

For billing inquiries, please contact our Customer Service Department at 1-800-266-0613.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FOR PROPER CREDIT, PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

## Remittance Copy

PLEASE CHECK HERE ( ) AND
MAKE CHANGES TO ADDRESS
BELOW.

Bill To:    Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | March 20, 2018 | 5940376-01-01 |

TOTAL DUE:        $  148.89

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.

2. MAKE CHECKS PAYABLE TO ABI Document Support Services.

Remit To:   ABI Document Support Services
P.O. Box 2970
Springfield, MO 65801-2970



Order#:5940376-01/ABIINVre^1



# *Invoice*

1.800.266.0613     Fax: 1.800.266.5044

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | March 21, 2018 | 5940376-04-01 |

Federal Tax I.D. No. 44-0657294 Professional Photocopier ID #: 551

Terms: **30 Days**

**Bill To:** Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

**Ship To:** Martin Holly, Esq.
Manning & Marder, Kass, Ellrod, Ramirez, LLP
801 S. Figueroa, Suite 1300
Los Angeles, CA 90017

| | | |
|---|---|---|
| **PERTAINING TO:** Danny Naor Coolidge aka Naor Danny Coolidge | **FIRMS NUMBER:** 1999-57931 | |
| **CASE TITLE:** Danny Naor Coolidge | **INSURED:** | |
| vs. TARGET CORPORATION | **DATE OF LOSS:** 07/23/2015 | |
| **CASE NUMBER:** BC669105 | **CLAIM / POLICY #:** 1999-57931 / | |

| LOCATION AND DESCRIPTION OF BILLING | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Cedars-Sinai Medical Center** | | | |
| **Torrance, CA** | | | |
| Basic Fee - Subpoena | | | 37.00 |
| Bates Numbering - per Page | 92.00 | .05 | 4.60 |
| Fee Advance Charge - per payment | 1.00 | 2.75 | 2.75 |
| Notice to Consumer | | | 5.00 |
| Pages | 92.00 | .18 | 16.56 |
| Shipping and Handling | 1.00 | 9.50 | 9.50 |
| Subpoena Preparation | | | 12.50 |
| Trip Charge | 2.00 | 15.00 | 30.00 |
| Witness Fee | | | 15.00 |

| | | |
|---|---|---|
| **Regarding: Danny Naor Coolidge aka Naor Danny Coolidge at Cedars-Sinai Medical Center Torrance** | **SUB-TOTAL** | 132.91 |
| **Please find the attached billing records. mam** | **SALES TAX** | 3.39 |
| Thank you for choosing ABI Document Support Services! | **TOTAL DUE** | **$ 136.30** |

For billing inquiries, please contact our Customer Service Department at 1-800-266-0613.

------------------------------------------------------------------------------
FOR PROPER CREDIT, PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

*Remittance Copy*

PLEASE CHECK HERE ( ) AND
MAKE CHANGES TO ADDRESS
BELOW.

**Bill To:** Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | March 21, 2018 | 5940376-04-01 |

**TOTAL DUE:**     $ 136.30

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.

2. MAKE CHECKS PAYABLE TO ABI Document Support Services.

**Remit To:** ABI Document Support Services
P.O. Box 2970
Springfield, MO 65801-2970



Order#:5940376-04/ABIINVre^1



# *Invoice*

| ACCOUNT NO. | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | March 26, 2018 | 5940376-03-01 |

Federal Tax I.D. No. 44-0657294 Professional Photocopier ID #: 551

1.800.266.0613    Fax: 1.800.266.5044

Terms: 30 Days

Bill To: Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

Ship To: Martin Holly, Esq.
Manning & Marder, Kass, Ellrod, Ramirez, LLP
801 S. Figueroa, Suite 1300
Los Angeles, CA 90017

PERTAINING TO: Danny Naor Coolidge aka Naor Danny Coolidge
CASE TITLE: Danny Naor Coolidge
vs. TARGET CORPORATION
CASE NUMBER: BC669105

FIRMS NUMBER: 1999-57931
INSURED:
DATE OF LOSS: 07/23/2015
CLAIM / POLICY #: 1999-57931 /

| LOCATION AND DESCRIPTION OF BILLING | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Cedars-Sinai Medical Center Torrance, CA | | | |
| | | | 37.00 |
| Basic Fee - Subpoena | 103.00 | .05 | 5.15 |
| Bates Numbering - per Page | 1.00 | 2.75 | 2.75 |
| Fee Advance Charge - per payment | | | 5.00 |
| Notice to Consumer | 103.00 | .18 | 18.54 |
| Pages | 1.00 | 9.50 | 9.50 |
| Shipping and Handling | | | 12.50 |
| Subpoena Preparation | 2.00 | 15.00 | 30.00 |
| Trip Charge | | | 15.00 |
| Witness Fee | | | |
| Regarding: Danny Naor Coolidge aka Naor Danny Coolidge at  Cedars-Sinai Medical Center Torrance | | SUB-TOTAL | 135.44 |
| Please find the attached Medical Recordsl vad | | SALES TAX | 3.63 |
| Thank you for choosing ABI Document Support Services! | | TOTAL DUE | $ 139.07 |

For billing inquiries, please contact our Customer Service Department at 1-800-266-0613.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FOR PROPER CREDIT, PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

*Remittance Copy*

PLEASE CHECK HERE (  ) AND
MAKE CHANGES TO ADDRESS
BELOW.

Bill To:    Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | March 26, 2018 | 5940376-03-01 |

TOTAL DUE:        $  139.07

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.

2. MAKE CHECKS PAYABLE TO ABI Document Support Services.

Remit To:   ABI Document Support Services
P.O. Box 2970
Springfield, MO 65801-2970



Order#:5940376-03/ABIINVre^1



# Invoice

1.800.266.0613    Fax: 1.800.266.5044

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999 | March 30, 2018 | 5941618-01-01 |

Federal Tax I.D. No. 44-0657294 Professional Photocopier ID #: 551

Terms: 30 Days

**Bill To:** Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

**Ship To:** Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

| | | | |
|---|---|---|---|
| PERTAINING TO: Danny Naor Coolidge | | FIRMS NUMBER:   1999-57931 | |
| CASE TITLE: Naor Danny Coolidge | | INSURED: | |
| vs. Target | | DATE OF LOSS: | |
| CASE NUMBER: BC669105 | | CLAIM / POLICY #: 1999-57931 / | |

| LOCATION AND DESCRIPTION OF BILLING | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Centers for Medicare and Medicaid Services Director, Freedom of Information Group Baltimore, MD | | | |
| Basic Fee - Subpoena | | | 37.00 |
| Notice to Consumer | | | 5.00 |
| Shipping and Handling | 1.00 | 9.50 | 9.50 |
| Subpoena Preparation | | | 12.50 |

| | | |
|---|---|---|
| Regarding: Danny Naor Coolidge at  Centers for Medicare and Medicaid Services Director, Freedom of Information Group Baltimore | SUB-TOTAL | 64.00 |
| Please find the attached status letter. hbp | SALES TAX | 1.38 |
| Thank you for choosing ABI Document Support Services! | TOTAL DUE | $ 65.38 |

For billing inquiries, please contact our Customer Service Department at 1-800-266-0613.

------------------------------------------------------------------------

FOR PROPER CREDIT, PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.      **Remittance Copy**

PLEASE CHECK HERE ( ) AND
MAKE CHANGES TO ADDRESS
BELOW.

**Bill To:**   Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999 | March 30, 2018 | 5941618-01-01 |

**TOTAL DUE:**  |  $  65.38  |

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.

2. MAKE CHECKS PAYABLE TO ABI Document Support Services.

**Remit To:**   ABI Document Support Services
P.O. Box 2970
Springfield, MO 65801-2970



Order#:5941618-01/ABIINVre^1



*Invoice*



1.800.266.0613    Fax: 1.800.266.5044

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | May 8, 2018 | 5940376-05-01 |

Federal Tax I.D. No. 44-0657294 Professional Photocopier ID #: 551

Terms: **30 Days**

Bill To:   Martin D. Holly, Esq.
       Manning & Kass, Ellrod, Ramirez, Trester LLP
       801 South Figueroa, 15th Floor
       Los Angeles, CA 90017

Ship To:   Martin Holly, Esq.
       Manning & Marder, Kass, Ellrod, Ramirez, LLP
       801 S. Figueroa, Suite 1300
       Los Angeles, CA 90017

| | |
|---|---|
| PERTAINING TO: Danny Naor Coolidge aka Naor Danny Coolidge | FIRMS NUMBER:   1999-57931 |
| CASE TITLE:   Danny Naor Coolidge | INSURED: |
|     vs. TARGET CORPORATION | DATE OF LOSS:   07/23/2015 |
| CASE NUMBER:   BC669105 | CLAIM / POLICY #: 1999-57931 / |

| LOCATION AND DESCRIPTION OF BILLING | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Cedars-Sinai Medical Center/Radiology** | | | |
| **Los Angeles, CA** | | | |
| | | | 37.00 |
| Basic Fee - Subpoena | | | 5.50 |
| Fee Advance Charge - per payment | 2.00 | 2.75 | 5.00 |
| Notice to Consumer | | | 9.50 |
| Shipping and Handling | 1.00 | 9.50 | 12.50 |
| Subpoena Preparation | | | 30.00 |
| Trip Charge | 2.00 | 15.00 | 15.00 |
| Witness Fee | | | 195.00 |
| X-Ray Fee - Custodial | | | 24.00 |
| X-Ray Report | | | |
| **Regarding: Danny Naor Coolidge aka Naor Danny Coolidge at  Cedars-Sinai Medical** | | SUB-TOTAL | 333.50 |
| **Center/Radiology Los Angeles** | | SALES TAX | 22.18 |
| **Please note, films were previously shipped. akl** | | | |
| Thank you for choosing ABI Document Support Services! | | TOTAL DUE | **$ 355.68** |

For billing inquiries, please contact our Customer Service Department at 1-800-266-0613.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FOR PROPER CREDIT, PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

*Remittance Copy*

PLEASE CHECK HERE (  ) AND
MAKE CHANGES TO ADDRESS
BELOW.

Bill To:   **Martin D. Holly, Esq.**
       **Manning & Kass, Ellrod, Ramirez, Trester LLP**
       **801 South Figueroa, 15th Floor**
       **Los Angeles, CA 90017**

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| **6999SA** | **May 8, 2018** | **5940376-05-01** |

**TOTAL DUE:**     **$  355.68**

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.

2. MAKE CHECKS PAYABLE TO ABI Document Support Services.

Remit To:   **ABI Document Support Services**
       **P.O. Box 2970**
       **Springfield, MO 65801-2970**



Order#:5940376-05/ABIINVre^1



# *Invoice*

1.800.266.0613    Fax: 1.800.266.5044

| ACCOUNT NO. | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | July 19, 2018 | 6007409-04-01 |

Federal Tax I.D. No. 44-0657294 Professional Photocopier ID #: 551

Terms: **30 Days**

Bill To:  Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

Ship To:  Martin Holly, Esq.
Manning & Marder, Kass, Ellrod, Ramirez, LLP
801 S. Figueroa, Suite 1300
Los Angeles, CA 90017

| PERTAINING TO: Danny Naor Coolidge aka Naor Danny Coolidge | FIRMS NUMBER:  1999-57931 |
|---|---|
| CASE TITLE:   Danny Naor Coolidge | INSURED: |
|                          vs. TARGET CORPORATION | DATE OF LOSS:  07/23/2015 |
| CASE NUMBER:  BC669105 | CLAIM / POLICY #: 1999-57931 / |

| LOCATION AND DESCRIPTION OF BILLING | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **David Alessi, MD.** | | | |
| **Beverly Hills, CA** | | | 37.00 |
| Basic Fee - Subpoena | | | .85 |
| Bates Numbering - per Page | 17.00 | .05 | 2.75 |
| Fee Advance Charge - per payment | 1.00 | 2.75 | 5.00 |
| Notice to Consumer | | | 3.06 |
| Pages | 17.00 | .18 | 9.50 |
| Shipping and Handling | 1.00 | 9.50 | 12.50 |
| Subpoena Preparation | | | 30.00 |
| Trip Charge | 2.00 | 15.00 | 15.00 |
| Witness Fee | | | |

Regarding: Danny Naor Coolidge aka Naor Danny Coolidge at  David Alessi, MD. Beverly Hills

Please find the attached Medical Records! There are no X-rays. kmk

Thank you for choosing ABI Document Support Services!

| | |
|---|---|
| SUB-TOTAL | 115.66 |
| SALES TAX | 1.75 |
| **TOTAL DUE** | **$ 117.41** |

For billing inquiries, please contact our Customer Service Department at 1-800-266-0613.

---

FOR PROPER CREDIT, PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

### *Remittance Copy*

PLEASE CHECK HERE (  ) AND
MAKE CHANGES TO ADDRESS
BELOW.

Bill To:    Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | July 19, 2018 | 6007409-04-01 |

TOTAL DUE:     $  117.41

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.

2. MAKE CHECKS PAYABLE TO ABI Document Support Services.

Remit To:  ABI Document Support Services
P.O. Box 2970
Springfield, MO 65801-2970



Order#:6007409-04/ABIINVre^1



# *Invoice*

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | July 26, 2018 | 6007409-05-03 |

1.800.266.0613    Fax: 1.800.266.5044

**Federal Tax I.D. No. 44-0657294 Professional Photocopier ID #: 551**

Terms: **30 Days**

Bill To: Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

Ship To: Martin Holly, Esq.
Manning & Marder, Kass, Ellrod, Ramirez, LLP
801 S. Figueroa, Suite 1300
Los Angeles, CA 90017

| | | |
|---|---|---|
| PERTAINING TO: Danny Naor Coolidge aka Naor Danny Coolidge | FIRMS NUMBER: 1999-57931 | |
| CASE TITLE: Danny Naor Coolidge | INSURED: | |
| vs. TARGET CORPORATION | DATE OF LOSS: 07/23/2015 | |
| CASE NUMBER: BC669105 | CLAIM / POLICY #: 1999-57931 / | |

| LOCATION AND DESCRIPTION OF BILLING | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Medical Billing Concepts** | | | |
| **Reseda, CA** | | | |
| | | | 37.00 |
| Basic Fee - Subpoena | 3.00 | .05 | .15 |
| Bates Numbering - per Page | 1.00 | 2.75 | 2.75 |
| Fee Advance Charge - per payment | | | 5.00 |
| Notice to Consumer | 3.00 | .18 | .54 |
| Pages | 1.00 | 9.50 | 9.50 |
| Shipping and Handling | | | 12.50 |
| Subpoena Preparation | 2.00 | 15.00 | 30.00 |
| Trip Charge | | | 15.00 |
| Witness Fee | | | |

Regarding: Danny Naor Coolidge aka Naor Danny Coolidge at  Medical Billing Concepts Reseda

Please find the attached billing records. ecw

Thank you for choosing ABI Document Support Services!

| | |
|---|---|
| SUB-TOTAL | 112.44 |
| SALES TAX | 1.44 |
| **TOTAL DUE** | **$ 113.88** |

For billing inquiries, please contact our Customer Service Department at 1-800-266-0613.

-----------------------------------------------------------------

FOR PROPER CREDIT, PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

*Remittance Copy*

PLEASE CHECK HERE ( ) AND
MAKE CHANGES TO ADDRESS
BELOW.

Bill To:    Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | July 26, 2018 | 6007409-05-03 |

TOTAL DUE:    $  113.88

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.

2. MAKE CHECKS PAYABLE TO ABI Document Support Services.

Remit To:    **ABI Document Support Services**
**P.O. Box 2970**
**Springfield, MO 65801-2970**



Order#:6007409-05/ABIINVre^1



# *Invoice*

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | July 26, 2018 | 6007577-03-01 |

Federal Tax I.D. No. 44-0657294 Professional Photocopier ID #: 551

1.800.266.0613   Fax: 1.800.266.5044

Terms: **30 Days**

Bill To:  Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

Ship To:  Martin Holly, Esq.
Manning & Marder, Kass, Ellrod, Ramirez, LLP
801 S. Figueroa, Suite 1300
Los Angeles, CA 90017

PERTAINING TO:  Danny Naor Coolidge aka Naor Danny Coolidge
CASE TITLE:  Danny Naor Coolidge
vs. TARGET CORPORATION
CASE NUMBER:  BC669105

FIRMS NUMBER:  1999-57931
INSURED:
DATE OF LOSS:  07/23/2015
CLAIM / POLICY #: 1999-57931 /

| LOCATION AND DESCRIPTION OF BILLING | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Cedars-Sinai Physician Billing** | | | |
| **Torrance, CA** | | | |
| Basic Fee - Subpoena | | | 37.00 |
| Bates Numbering - per Page | 53.00 | .05 | 2.65 |
| Fee Advance Charge - per payment | 1.00 | 2.75 | 2.75 |
| Notice to Consumer | | | 5.00 |
| Pages | 53.00 | .18 | 9.54 |
| Shipping and Handling | 1.00 | 9.50 | 9.50 |
| Subpoena Preparation | | | 12.50 |
| Trip Charge | 2.00 | 15.00 | 30.00 |
| Witness Fee | | | 15.00 |

Regarding: Danny Naor Coolidge aka Naor Danny Coolidge at  Cedars-Sinai Physician Billing Torrance

Please find the attached billing records. lnp

Thank you for choosing ABI Document Support Services!

SUB-TOTAL
SALES TAX
TOTAL DUE | **SEE NEXT PAGE**

For billing inquiries, please contact our Customer Service Department at 1-800-266-0613.

FOR PROPER CREDIT, PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.    ***Remittance Copy***

PLEASE CHECK HERE ( ) AND
MAKE CHANGES TO ADDRESS
BELOW.

Bill To:  Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | July 26, 2018 | 6007577-03-01 |

**TOTAL DUE:**   | **SEE NEXT PAGE** |

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO ABI Document Support Services.

Remit To:  ABI Document Support Services
P.O. Box 2970
Springfield, MO 65801-2970



Order#:6007577-03/ABIINVre^1



*Invoice*

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | July 26, 2018 | 6007577-03-01 |

Federal Tax I.D. No. 44-0657294 Professional Photocopier ID #: 551

1.800.266.0613    Fax: 1.800.266.5044

Terms: **30 Days**

Bill To: Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

Ship To: Martin Holly, Esq.
Manning & Marder, Kass, Ellrod, Ramirez, LLP
801 S. Figueroa, Suite 1300
Los Angeles, CA 90017

| | | |
|---|---|---|
| PERTAINING TO: Danny Naor Coolidge aka Naor Danny Coolidge | FIRMS NUMBER: 1999-57931 | |
| CASE TITLE: Danny Naor Coolidge | INSURED: | |
| vs. TARGET CORPORATION | DATE OF LOSS: 07/23/2015 | |
| CASE NUMBER: BC669105 | CLAIM / POLICY #: 1999-57931 / | |

| LOCATION AND DESCRIPTION OF BILLING | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Chart Tabbing Per Admit | 1.00 | 5.00 | 5.00 |
| | | | |
| Regarding: Danny Naor Coolidge aka Naor Danny Coolidge at  Cedars-Sinai Physician Billing Torrance | | SUB-TOTAL | 128.94 |
| Please find the attached billing records. lnp | | SALES TAX | 3.01 |
| Thank you for choosing ABI Document Support Services! | | TOTAL DUE | $ 131.95 |

For billing inquiries, please contact our Customer Service Department at 1 800 266-0613.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FOR PROPER CREDIT, PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

*Remittance Copy*

PLEASE CHECK HERE (  ) AND
MAKE CHANGES TO ADDRESS
BELOW.

Bill To:   Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | July 26, 2018 | 6007577-03-01 |

TOTAL DUE:          $  131.95

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.

2. MAKE CHECKS PAYABLE TO ABI Document Support Services.

Remit To:   ABI Document Support Services
P.O. Box 2970
Springfield, MO 65801-2970

Order#:6007577-03/ABIINVre^2



# *Invoice*

1.800.266.0613    Fax: 1.800.266.5044

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | July 26, 2018 | 6007577-05-01 |

Federal Tax I.D. No. 44-0657294 Professional Photocopier ID #: 551

Terms: **30 Days**

Bill To:  Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

Ship To:  Martin Holly, Esq.
Manning & Marder, Kass, Ellrod, Ramirez, LLP
801 S. Figueroa, Suite 1300
Los Angeles, CA 90017

| | |
|---|---|
| PERTAINING TO: Danny Naor Coolidge aka Naor Danny Coolidge | FIRMS NUMBER:   1999-57931 |
| CASE TITLE:   Danny Naor Coolidge | INSURED: |
| vs. TARGET CORPORATION | DATE OF LOSS:   07/23/2015 |
| CASE NUMBER:   BC669105 | CLAIM / POLICY #: 1999-57931 / |

| LOCATION AND DESCRIPTION OF BILLING | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Cedars Sinai Medical Group/Business Office Torrance, CA** | | | |
| Basic Fee - Subpoena | | | 37.00 |
| Bates Numbering - per Page | 53.00 | .05 | 2.65 |
| Fee Advance Charge - per payment | 1.00 | 2.75 | 2.75 |
| Notice to Consumer | | | 5.00 |
| Pages | 53.00 | .18 | 9.54 |
| Shipping and Handling | 1.00 | 9.50 | 9.50 |
| Subpoena Preparation | | | 12.50 |
| Trip Charge | 2.00 | 15.00 | 30.00 |
| Witness Fee | | | 15.00 |

| | | |
|---|---|---|
| **Regarding: Danny Naor Coolidge aka Naor Danny Coolidge at  Cedars Sinai Medical Group/Business Office Torrance** | SUB-TOTAL | 123.94 |
| | SALES TAX | 2.54 |
| **Please find the attached billing records. kmk** | | |
| Thank you for choosing ABI Document Support Services! | TOTAL DUE | **$ 126.48** |

For billing inquiries, please contact our Customer Service Department at 1-800-266-0613.

------------------------------------------------------------------------------

FOR PROPER CREDIT, PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

### *Remittance Copy*

PLEASE CHECK HERE (  ) AND
MAKE CHANGES TO ADDRESS
BELOW.

Bill To:   **Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017**

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | July 26, 2018 | 6007577-05-01 |

**TOTAL DUE:**    $  126.48

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO ABI Document Support Services.

Remit To:   **ABI Document Support Services
P.O. Box 2970
Springfield, MO 65801-2970**



Order#:6007577-05/ABIINVre^1



*Invoice*

1.800.266.0613    Fax: 1.800.266.5044

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | July 26, 2018 | 6007577-04-01 |

Federal Tax I.D. No. 44-0657294 Professional Photocopier ID #: 551

Terms: **30 Days**

Bill To: Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

Ship To: Martin Holly, Esq.
Manning & Marder, Kass, Ellrod, Ramirez, LLP
801 S. Figueroa, Suite 1300
Los Angeles, CA 90017

| | |
|---|---|
| PERTAINING TO: Danny Naor Coolidge aka Naor Danny Coolidge | FIRMS NUMBER: 1999-57931 |
| CASE TITLE: Danny Naor Coolidge | INSURED: |
| vs. TARGET CORPORATION | DATE OF LOSS: 07/23/2015 |
| CASE NUMBER: BC669105 | CLAIM / POLICY #: 1999-57931 / |

| LOCATION AND DESCRIPTION OF BILLING | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Cedars Sinai Medical Group** | | | |
| **Beverly Hills, CA** | | | |
| Basic Fee - Subpoena | | | 37.00 |
| Bates Numbering - per Page | 44.00 | .05 | 2.20 |
| Fee Advance Charge - per payment | 1.00 | 2.75 | 2.75 |
| Notice to Consumer | | | 5.00 |
| Pages | 44.00 | .18 | 7.92 |
| Shipping and Handling | 1.00 | 9.50 | 9.50 |
| Subpoena Preparation | | | 12.50 |
| Trip Charge | 2.00 | 15.00 | 30.00 |
| Witness Fee | | | 15.00 |

| | | |
|---|---|---|
| Regarding: Danny Naor Coolidge aka Naor Danny Coolidge at Cedars Sinai Medical Group Beverly Hills | SUB-TOTAL | 121.87 |
| | SALES TAX | 2.34 |
| Please find the attached Medical Records! kmk | | |
| Thank you for choosing ABI Document Support Services! | TOTAL DUE | $ 124.21 |

For billing inquiries, please contact our Customer Service Department at 1-800-266-0613.

---

FOR PROPER CREDIT, PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

*Remittance Copy*

PLEASE CHECK HERE ( ) AND
MAKE CHANGES TO ADDRESS
BELOW.

Bill To:   Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | July 26, 2018 | 6007577-04-01 |

TOTAL DUE:        $ 124.21

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.

2. MAKE CHECKS PAYABLE TO ABI Document Support Services.

Remit To:   ABI Document Support Services
P.O. Box 2970
Springfield, MO 65801-2970



Order#:6007577-04/ABIINVre^1



# *Invoice*

1.800.266.0613     Fax: 1.800.266.5044

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | July 26, 2018 | 6007409-01-01 |

Federal Tax I.D. No. 44-0657294 Professional Photocopier ID #: 551

**Terms:** 30 Days

**Bill To:** Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

**Ship To:** Martin Holly, Esq.
Manning & Marder, Kass, Ellrod, Ramirez, LLP
801 S. Figueroa, Suite 1300
Los Angeles, CA 90017

| PERTAINING TO: | Danny Naor Coolidge aka Naor Danny Coolidge | FIRMS NUMBER: | 1999-57931 |
|---|---|---|---|
| CASE TITLE: | Danny Naor Coolidge | INSURED: | |
| | vs. TARGET CORPORATION | DATE OF LOSS: | 07/23/2015 |
| CASE NUMBER: | BC669105 | CLAIM / POLICY #: | 1999-57931 / |

| LOCATION AND DESCRIPTION OF BILLING | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Cedars-Sinai Medical Center/ Medical Torrance, CA | | | |
| Basic Fee - Subpoena | | | 37.00 |
| Bates Numbering - per Page | 63.00 | .05 | 3.15 |
| Fee Advance Charge - per payment | 1.00 | 2.75 | 2.75 |
| Notice to Consumer | | | 5.00 |
| Pages | 63.00 | .18 | 11.34 |
| Shipping and Handling | 1.00 | 9.50 | 9.50 |
| Subpoena Preparation | | | 12.50 |
| Trip Charge | 2.00 | 15.00 | 30.00 |
| Witness Fee | | | 15.00 |

| | | |
|---|---|---|
| Regarding: Danny Naor Coolidge aka Naor Danny Coolidge at Cedars-Sinai Medical Center/ Medical Torrance | SUB-TOTAL | 126.24 |
| | SALES TAX | 2.75 |
| Please find the attached Medical Records! kmk | | |
| Thank you for choosing ABI Document Support Services! | TOTAL DUE | $ 128.99 |

For billing inquiries, please contact our Customer Service Department at 1-800-266-0613.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
FOR PROPER CREDIT, PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

*Remittance Copy*

PLEASE CHECK HERE ( ) AND
MAKE CHANGES TO ADDRESS
BELOW.

**Bill To:** Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | July 26, 2018 | 6007409-01-01 |

**TOTAL DUE:**    $ 128.99

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.

2. MAKE CHECKS PAYABLE TO ABI Document Support Services.

**Remit To:** ABI Document Support Services
P.O. Box 2970
Springfield, MO 65801-2970



Order#:6007409-01/ABIINVre^1



# *Invoice*



| ACCOUNT NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 6999SA | July 26, 2018 | 6007409-02-01 |

Federal Tax I.D. No. 44-0657294 Professional Photocopier ID #: 551

1.800.266.0613   Fax: 1.800.266.5044

Terms: **30 Days**

Bill To: **Martin D. Holly, Esq.**
**Manning & Kass, Ellrod, Ramirez, Trester LLP**
**801 South Figueroa, 15th Floor**
**Los Angeles, CA 90017**

Ship To: **Martin Holly, Esq.**
**Manning & Marder, Kass, Ellrod, Ramirez, LLP**
**801 S. Figueroa, Suite 1300**
**Los Angeles, CA 90017**

| | | |
|---|---|---|
| **PERTAINING TO:** Danny Naor Coolidge aka Naor Danny Coolidge | **FIRMS NUMBER:** 1999-57931 | |
| **CASE TITLE:** Danny Naor Coolidge | **INSURED:** | |
| vs. TARGET CORPORATION | **DATE OF LOSS:** 07/23/2015 | |
| **CASE NUMBER:** BC669105 | **CLAIM / POLICY #:** 1999-57931 / | |

| LOCATION AND DESCRIPTION OF BILLING | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Cedars-Sinai Medical Center/Billing** | | | |
| **Torrance, CA** | | | |
| | | | 37.00 |
| Basic Fee - Subpoena | 5.00 | .05 | .25 |
| Bates Numbering - per Page | 1.00 | 2.75 | 2.75 |
| Fee Advance Charge - per payment | | | 5.00 |
| Notice to Consumer | 5.00 | .18 | .90 |
| Pages | 1.00 | 9.50 | 9.50 |
| Shipping and Handling | | | 12.50 |
| Subpoena Preparation | 2.00 | 15.00 | 30.00 |
| Trip Charge | | | 15.00 |
| Witness Fee | | | |
| **Regarding:** Danny Naor Coolidge aka Naor Danny Coolidge at Cedars-Sinai Medical Center/Billing Torrance | SUB-TOTAL | | 112.90 |
| | SALES TAX | | 1.49 |
| **Please find the attached billing records. kmk** | | | |
| Thank you for choosing ABI Document Support Services! | TOTAL DUE | | $ 114.39 |

For billing inquiries, please contact our Customer Service Department at 1-800-266-0613.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FOR PROPER CREDIT, PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.     *Remittance Copy*

PLEASE CHECK HERE ( ) AND
MAKE CHANGES TO ADDRESS
BELOW.

Bill To:   **Martin D. Holly, Esq.**
**Manning & Kass, Ellrod, Ramirez, Trester LLP**
**801 South Figueroa, 15th Floor**
**Los Angeles, CA 90017**

| ACCOUNT NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 6999SA | July 26, 2018 | 6007409-02-01 |

**TOTAL DUE:**     $ 114.39

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.

2. MAKE CHECKS PAYABLE TO ABI Document Support Services.

Remit To:   **ABI Document Support Services**
**P.O. Box 2970**
**Springfield, MO 65801-2970**



Order#:6007409-02/ABIINVrs^1



# *Invoice*

1.800.266.0613    Fax: 1.800.266.5044

| ACCOUNT NO.: | INVOICE DATE: | INVOICE NO.: |
|---|---|---|
| 6999SA | July 26, 2018 | 6007580-01-01 |

Federal Tax I.D. No. 44-0657294 Professional Photocopier ID #: 551

Terms: **30 Days**

Bill To: Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

Ship To: Martin Holly, Esq.
Manning & Marder, Kass, Ellrod, Ramirez, LLP
801 S. Figueroa, Suite 1300
Los Angeles, CA 90017

| | |
|---|---|
| PERTAINING TO: Danny Naor Coolidge aka Naor Danny Coolidge | FIRMS NUMBER: 1999-57931 |
| CASE TITLE: Danny Naor Coolidge | INSURED: |
| vs. TARGET CORPORATION | DATE OF LOSS: 07/23/2015 |
| CASE NUMBER: BC669105 | CLAIM / POLICY #: 1999-57931 / |

| LOCATION AND DESCRIPTION OF BILLING | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Cedars-Sinai Medical Center** | | | |
| **Torrance, CA** | | | |
| | | | 37.00 |
| Basic Fee - Subpoena | 20.00 | .05 | 1.00 |
| Bates Numbering - per Page | 1.00 | 2.75 | 2.75 |
| Fee Advance Charge - per payment | | | 5.00 |
| Notice to Consumer | 20.00 | .18 | 3.60 |
| Pages | 1.00 | 9.50 | 9.50 |
| Shipping and Handling | | | 12.50 |
| Subpoena Preparation | 2.00 | 15.00 | 30.00 |
| Trip Charge | | | 15.00 |
| Witness Fee | | | |

| | | |
|---|---|---|
| **Regarding: Danny Naor Coolidge aka Naor Danny Coolidge at Cedars-Sinai Medical Center Torrance** | SUB-TOTAL | 116.35 |
| | SALES TAX | 1.81 |
| **Please find the attached Medical Records!** kmk | | |
| Thank you for choosing ABI Document Support Services! | TOTAL DUE | $ 118.16 |

For billing inquiries, please contact our Customer Service Department at 1-800-266-0613.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FOR PROPER CREDIT, PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

## *Remittance Copy*

PLEASE CHECK HERE ( ) AND
MAKE CHANGES TO ADDRESS
BELOW.

Bill To:   Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

| ACCOUNT NO.: | INVOICE DATE: | INVOICE NO.: |
|---|---|---|
| 6999SA | July 26, 2018 | 6007580-01-01 |

**TOTAL DUE:**    $  118.16

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.

2. MAKE CHECKS PAYABLE TO ABI Document Support Services.

Remit To:   ABI Document Support Services
P.O. Box 2970
Springfield, MO 65801-2970



Order#:6007580-01/ABIINVre^1



# Invoice

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | July 26, 2018 | 6007580-02-01 |

1.800.266.0613    Fax: 1.800.266.5044

Federal Tax I.D. No. 44-0657294 Professional Photocopier ID #: 551

Terms: 30 Days

Bill To:  Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

Ship To:  Martin Holly, Esq.
Manning & Marder, Kass, Ellrod, Ramirez, LLP
801 S. Figueroa, Suite 1300
Los Angeles, CA 90017

| PERTAINING TO: | Danny Naor Coolidge aka Naor Danny Coolidge | FIRMS NUMBER: 1999-57931 |
|---|---|---|
| CASE TITLE: | Danny Naor Coolidge | INSURED: |
| | vs. TARGET CORPORATION | DATE OF LOSS: 07/23/2015 |
| CASE NUMBER: | BC669105 | CLAIM / POLICY #: 1999-57931 / |

| LOCATION AND DESCRIPTION OF BILLING | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Cedars-Sinai Medical Center** | | | |
| **Torrance, CA** | | | |
| | | | 37.00 |
| Basic Fee - Subpoena | 7.00 | .05 | .35 |
| Bates Numbering - per Page | 1.00 | 2.75 | 2.75 |
| Fee Advance Charge - per payment | | | 5.00 |
| Notice to Consumer | 7.00 | .18 | 1.26 |
| Pages | 1.00 | 9.50 | 9.50 |
| Shipping and Handling | | | 12.50 |
| Subpoena Preparation | 2.00 | 15.00 | 30.00 |
| Trip Charge | | | 15.00 |
| Witness Fee | | | |

| | | |
|---|---|---|
| **Regarding:** Danny Naor Coolidge aka Naor Danny Coolidge at  Cedars-Sinai Medical Center Torrance | SUB-TOTAL | 113.36 |
| **Please find the attached billing records. trl** | SALES TAX | 1.53 |
| Thank you for choosing ABI Document Support Services! | TOTAL DUE | $ 114.89 |

For billing inquiries, please contact our Customer Service Department at 1-800-266-0613.

---

FOR PROPER CREDIT, PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

### Remittance Copy

PLEASE CHECK HERE (  ) AND
MAKE CHANGES TO ADDRESS
BELOW.

Bill To:  Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | July 26, 2018 | 6007580-02-01 |

**TOTAL DUE:**          $  114.89

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.

2. MAKE CHECKS PAYABLE TO ABI Document Support Services.

Remit To: ABI Document Support Services
P.O. Box 2970
Springfield, MO 65801-2970



Order#:6007580-02/ABIINVre^1

*Invoice*



1.800.266.0613    Fax: 1.800.266.5044

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | July 27, 2018 | 6007577-10-03 |

Federal Tax I.D. No. 44-0657294 Professional Photocopier ID #: 551

Terms: 30 Days

Bill To: Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

Ship To: Martin Holly, Esq.
Manning & Marder, Kass, Ellrod, Ramirez, LLP
801 S. Figueroa, Suite 1300
Los Angeles, CA 90017

| | | |
|---|---|---|
| PERTAINING TO: Danny Naor Coolidge aka Naor Danny Coolidge | FIRMS NUMBER: 1999-57931 | |
| CASE TITLE: Danny Naor Coolidge | INSURED: | |
| vs. TARGET CORPORATION | DATE OF LOSS: 07/23/2015 | |
| CASE NUMBER: BC669105 | CLAIM / POLICY #: 1999-57931 / | |

| LOCATION AND DESCRIPTION OF BILLING | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| UCLA Health Systems/Radiology Westwood, CA | | | |
| | | | 37.00 |
| Basic Fee - Subpoena | 1.00 | 2.75 | 2.75 |
| Fee Advance Charge - per payment | | | 5.00 |
| Notice to Consumer | 1.00 | 9.50 | 9.50 |
| Shipping and Handling | | | 12.50 |
| Subpoena Preparation | 1.00 | 15.00 | 15.00 |
| Trip Charge | | | 15.00 |
| Witness Fee | | | 7.50 |
| Affidavit of no Films | | | |

| | | | |
|---|---|---|---|
| Regarding: Danny Naor Coolidge aka Naor Danny Coolidge at UCLA Health Systems/Radiology Westwood | SUB-TOTAL | | 104.25 |
| | SALES TAX | | 2.09 |
| Please find the attached affidavit of no X-rays. trl | | | |
| Thank you for choosing ABI Document Support Services! | TOTAL DUE | | $ 106.34 |

For billing inquiries, please contact our Customer Service Department at 1-800-266-0613.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FOR PROPER CREDIT, PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

*Remittance Copy*

PLEASE CHECK HERE ( ) AND
MAKE CHANGES TO ADDRESS
BELOW.

Bill To: Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | July 27, 2018 | 6007577-10-03 |

TOTAL DUE:        $ 106.34

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.

2. MAKE CHECKS PAYABLE TO ABI Document Support Services.

Remit To: ABI Document Support Services
P.O. Box 2970
Springfield, MO 65801-2970



Order#:6007577-10/ABIINVre^1



# *Invoice*

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | July 28, 2018 | 5998430-01-01 |

Federal Tax I.D. No. 44-0657294 Professional Photocopier ID #: 551

1.800.266.0613   Fax: 1.800.266.5044

Terms: 30 Days

**Bill To:** Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

**Ship To:** Martin Holly, Esq.
Manning & Marder, Kass, Ellrod, Ramirez, LLP
801 S. Figueroa, Suite 1300
Los Angeles, CA 90017

| | | |
|---|---|---|
| **PERTAINING TO:** Danny Naor Coolidge aka Naor Danny Coolidge | **FIRMS NUMBER:** 1999-57931 | |
| **CASE TITLE:** Danny Naor Coolidge | **INSURED:** | |
| vs. TARGET CORPORATION | **DATE OF LOSS:** 07/23/2015 | |
| **CASE NUMBER:** BC669105 | **CLAIM / POLICY #:** 1999-57931 / | |

| LOCATION AND DESCRIPTION OF BILLING | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Wexco International Corp** | | | |
| **Marina Del Rey, CA** | | | |
| | | | 37.00 |
| Basic Fee - Subpoena | 1.00 | 2.75 | 2.75 |
| Fee Advance Charge - per payment | | | 5.00 |
| Notice to Consumer | 1.00 | 9.50 | 9.50 |
| Shipping and Handling | | | 12.50 |
| Subpoena Preparation | 2.00 | 15.00 | 30.00 |
| Trip Charge | | | 15.00 |
| Witness Fee | 2.00 | 20.00 | 40.00 |
| Video Duplication | | | |

| | | |
|---|---|---|
| **Regarding:** Danny Naor Coolidge aka Naor Danny Coolidge at Wexco International Corp Marina Del Rey | **SUB-TOTAL** | 151.75 |
| | **SALES TAX** | 5.18 |
| **Please note, Photo CD and Video DVD was previously shipped. mab** | **TOTAL DUE** | $ 156.93 |
| Thank you for choosing ABI Document Support Services! | | |

For billing inquiries, please contact our Customer Service Department at 1-800-266-0613.

---

FOR PROPER CREDIT, PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

*Remittance Copy*

PLEASE CHECK HERE ( ) AND
MAKE CHANGES TO ADDRESS
BELOW.

**Bill To:** Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | July 28, 2018 | 5998430-01-01 |

**TOTAL DUE:**  $  156.93

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO ABI Document Support Services.

**Remit To:** ABI Document Support Services
P.O. Box 2970
Springfield, MO 65801-2970



Order#:5998430-01/ABIINVre^1



*Invoice*



1.800.266.0613    Fax: 1.800.266.5044

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | July 30, 2018 | 6007577-07-01 |

Federal Tax I.D. No. 44-0657294 Professional Photocopier ID #: 551

Terms: **30 Days**

Bill To:   Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

Ship To:   Martin Holly, Esq.
Manning & Marder, Kass, Ellrod, Ramirez, LLP
801 S. Figueroa, Suite 1300
Los Angeles, CA 90017

| PERTAINING TO: Danny Naor Coolidge aka Naor Danny Coolidge | FIRMS NUMBER:  1999-57931 |
|---|---|
| CASE TITLE:   Danny Naor Coolidge | INSURED: |
| vs. TARGET CORPORATION | DATE OF LOSS:  07/23/2015 |
| CASE NUMBER:  BC669105 | CLAIM / POLICY #: 1999-57931 / |

| LOCATION AND DESCRIPTION OF BILLING | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| UCLA Health Systems | | | |
| Los Angeles, CA | | | 37.00 |
| Basic Fee - Subpoena | 386.00 | .05 | 19.30 |
| Bates Numbering - per Page | 2.00 | 2.75 | 5.50 |
| Fee Advance Charge - per payment | | | 5.00 |
| Notice to Consumer | 386.00 | .18 | 69.48 |
| Pages | 1.00 | 9.50 | 9.50 |
| Shipping and Handling | | | 12.50 |
| Subpoena Preparation | 2.00 | 15.00 | 30.00 |
| Trip Charge | | | 15.00 |
| Witness Fee | | | |

| Regarding: Danny Naor Coolidge aka Naor Danny Coolidge at  UCLA Health Systems Los Angeles | SUB-TOTAL | |
|---|---|---|
| | SALES TAX | |
| Please find the attached Medical Recordsl ct | | |
| Thank you for choosing ABI Document Support Services! | TOTAL DUE | SEE NEXT PAGE |

For billing inquiries, please contact our Customer Service Department at 1-800-266-0613.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FOR PROPER CREDIT, PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

*Remittance Copy*

PLEASE CHECK HERE (  ) AND
MAKE CHANGES TO ADDRESS
BELOW.

Bill To:   Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | July 30, 2018 | 6007577-07-01 |

TOTAL DUE:          SEE NEXT PAGE

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.

2. MAKE CHECKS PAYABLE TO ABI Document Support Services.

Remit To:   ABI Document Support Services
P.O. Box 2970
Springfield, MO 65801-2970



Order#:6007577-07/ABIINVre^1



*Invoice*



1.800.266.0613    Fax: 1.800.266.5044

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | July 30, 2018 | 6007577-07-01 |

Federal Tax I.D. No. 44-0657294 Professional Photocopier ID #: 551

Terms: 30 Days

Bill To: Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

Ship To: Martin Holly, Esq.
Manning & Marder, Kass, Ellrod, Ramirez, LLP
801 S. Figueroa, Suite 1300
Los Angeles, CA 90017

PERTAINING TO: Danny Naor Coolidge aka Naor Danny Coolidge
CASE TITLE: Danny Naor Coolidge
vs. TARGET CORPORATION
CASE NUMBER: BC669105

FIRMS NUMBER: 1999-57931
INSURED:
DATE OF LOSS: 07/23/2015
CLAIM / POLICY #: 1999-57931 /

| LOCATION AND DESCRIPTION OF BILLING | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Custodial Fee | | | 13.50 |

Regarding: Danny Naor Coolidge aka Naor Danny Coolidge at  UCLA Health Systems Los Angeles

Please find the attached Medical Records! ct

Thank you for choosing ABI Document Support Services!

| | |
|---|---|
| SUB-TOTAL | 216.78 |
| SALES TAX | 9.81 |
| TOTAL DUE | $ 226.59 |

For billing inquiries, please contact our Customer Service Department at 1 800 266-0613.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FOR PROPER CREDIT, PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

*Remittance Copy*

PLEASE CHECK HERE (  ) AND
MAKE CHANGES TO ADDRESS
BELOW.

Bill To:   Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | July 30, 2018 | 6007577-07-01 |

TOTAL DUE:     $  226.59

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.

2. MAKE CHECKS PAYABLE TO ABI Document Support Services.

Remit To: ABI Document Support Services
P.O. Box 2970
Springfield, MO 65801-2970



# *Invoice*

1.800.266.0613    Fax: 1.800.266.5044

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | July 31, 2018 | 6007577-02-01 |

Federal Tax I.D. No. 44-0657294 Professional Photocopier ID #: 551

Terms: **30 Days**

Bill To:  Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

Ship To:  Martin Holly, Esq.
Manning & Marder, Kass, Ellrod, LLP
801 S. Figueroa, Suite 1300
Los Angeles, CA 90017

| | | |
|---|---|---|
| PERTAINING TO: Danny Naor Coolidge aka Naor Danny Coolidge | FIRMS NUMBER:  1999-57931 | |
| CASE TITLE:  Danny Naor Coolidge | INSURED: | |
|   vs. TARGET CORPORATION | DATE OF LOSS:  07/23/2015 | |
| CASE NUMBER:  BC669105 | CLAIM / POLICY #: 1999-57931 / | |

| LOCATION AND DESCRIPTION OF BILLING | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Tower Hematology Oncology Medical Group** | | | |
| **Beverly Hills, CA** | | | |
| Basic Fee - Subpoena | | | 37.00 |
| Bates Numbering - per Page | 223.00 | .05 | 11.15 |
| Fee Advance Charge - per payment | 1.00 | 2.75 | 2.75 |
| Notice to Consumer | | | 5.00 |
| Pages | 223.00 | .18 | 40.14 |
| Shipping and Handling | 1.00 | 9.50 | 9.50 |
| Subpoena Preparation | | | 12.50 |
| Trip Charge | 2.00 | 15.00 | 30.00 |
| Witness Fee | | | 15.00 |

| | | |
|---|---|---|
| **Regarding: Danny Naor Coolidge aka Naor Danny Coolidge at  Tower Hematology Oncology Medical Group Beverly Hills** | SUB-TOTAL | 163.04 |
| | SALES TAX | 6.25 |
| **Please find the attached Medical Records! There are no X-rays. kmk** | | |
| Thank you for choosing ABI Document Support Services! | TOTAL DUE | $ 169.29 |

For billing inquiries, please contact our Customer Service Department at 1-800-266-0613.

------------------------------------------------------------
FOR PROPER CREDIT, PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

*Remittance Copy*

PLEASE CHECK HERE (  ) AND
MAKE CHANGES TO ADDRESS
BELOW.

Bill To:    Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | July 31, 2018 | 6007577-02-01 |

TOTAL DUE:      $  169.29

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.

2. MAKE CHECKS PAYABLE TO ABI Document Support Services.

Remit To:   ABI Document Support Services
P.O. Box 2970
Springfield, MO 65801-2970



Order#:6007577-02/ABIINVre^1



*Invoice*

1.800.266.0613    Fax: 1.800.266.5044

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | August 1, 2018 | 5940376-06-01 |

Federal Tax I.D. No. 44-0657294 Professional Photocopier ID #: 551

Terms: **30 Days**

Bill To: **Martin D. Holly, Esq.**
**Manning & Kass, Ellrod, Ramirez, Trester LLP**
**801 South Figueroa, 15th Floor**
**Los Angeles, CA 90017**

Ship To: **Martin Holly, Esq.**
**Manning & Marder, Kass, Ellrod, Ramirez, LLP**
**801 S. Figueroa, Suite 1300**
**Los Angeles, CA 90017**

| | | | |
|---|---|---|---|
| **PERTAINING TO:** Danny Naor Coolidge aka Naor Danny Coolidge | | **FIRMS NUMBER:** 1999-57931 | |
| **CASE TITLE:** Danny Naor Coolidge | | **INSURED:** | |
| vs. TARGET CORPORATION | | **DATE OF LOSS:** 07/23/2015 | |
| **CASE NUMBER:** BC669105 | | **CLAIM / POLICY #:** 1999-57931 / | |

| LOCATION AND DESCRIPTION OF BILLING | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Gabriel V Rubanenko MD | | | |
| Los Angeles, CA | | | |
| | | | 37.00 |
| Basic Fee - Subpoena | 1.00 | 9.50 | 9.50 |
| Shipping and Handling | 1.00 | 15.00 | 15.00 |
| Trip Charge | | | 37.00 |
| Follow-up Fee | | | |
| | | | |
| Regarding: Danny Naor Coolidge aka Naor Danny Coolidge at Gabriel V Rubanenko MD Los Angeles | **SUB-TOTAL** | | 98.50 |
| | **SALES TAX** | | .90 |
| Please find the attached status letter. lnp | | | |
| Thank you for choosing ABI Document Support Services! | **TOTAL DUE** | | **$ 99.40** |

For billing inquiries, please contact our Customer Service Department at 1-800-266-0613.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
FOR PROPER CREDIT, PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

*Remittance Copy*

PLEASE CHECK HERE [  ] AND
MAKE CHANGES TO ADDRESS
BELOW.

Bill To: **Martin D. Holly, Esq.**
**Manning & Kass, Ellrod, Ramirez, Trester LLP**
**801 South Figueroa, 15th Floor**
**Los Angeles, CA 90017**

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | August 1, 2018 | 5940376-06-01 |

**TOTAL DUE:** | $ 99.40 |

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.

2. MAKE CHECKS PAYABLE TO ABI Document Support Services.

Remit To: **ABI Document Support Services**
**P.O. Box 2970**
**Springfield, MO 65801-2970**



Order#:5940376-06/ABIINVre^1



# *Invoice*



1.800.266.0613    Fax: 1.800.266.5044

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | August 6, 2018 | 6007580-03-01 |

Federal Tax I.D. No. 44-0657294 Professional Photocopier ID #: 551

**Terms:** 30 Days

**Bill To:** Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

**Ship To:** Martin Holly, Esq.
Manning & Marder, Kass, Ellrod, Ramirez, LLP
801 S. Figueroa, Suite 1300
Los Angeles, CA 90017

| | | |
|---|---|---|
| **PERTAINING TO:** Danny Naor Coolidge aka Naor Danny Coolidge | **FIRMS NUMBER:** 1999-57931 | |
| **CASE TITLE:** Danny Naor Coolidge | **INSURED:** | |
| vs. TARGET CORPORATION | **DATE OF LOSS:** 07/23/2015 | |
| **CASE NUMBER:** BC669105 | **CLAIM / POLICY #:** 1999-57931 / | |

| LOCATION AND DESCRIPTION OF BILLING | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Cedars-Sinai Medical Center/Radiology** | | | |
| **Los Angeles, CA** | | | |
| | | | 37.00 |
| Basic Fee - Subpoena | 1.00 | 2.75 | 2.75 |
| Fee Advance Charge - per payment | | | 5.00 |
| Notice to Consumer | | | 12.50 |
| Subpoena Preparation | 1.00 | 15.00 | 15.00 |
| Trip Charge | | | 15.00 |
| Witness Fee | | | |

| | | |
|---|---|---|
| **Regarding:** Danny Naor Coolidge aka Naor Danny Coolidge at  Cedars-Sinai Medical Center/Radiology Los Angeles | **SUB-TOTAL** | 87.25 |
| | **SALES TAX** | .48 |
| **Per your office, this case has settled. sjr** | | |
| Thank you for choosing ABI Document Support Services! | **TOTAL DUE** | **$ 87.73** |

For billing inquiries, please contact our Customer Service Department at 1-800-266-0613.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FOR PROPER CREDIT, PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

*Remittance Copy*

PLEASE CHECK HERE (  ) AND
MAKE CHANGES TO ADDRESS
BELOW.

**Bill To:**    Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | August 6, 2018 | 6007580-03-01 |

**TOTAL DUE:**    |  $  87.73  |

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.

2. MAKE CHECKS PAYABLE TO ABI Document Support Services.

**Remit To:**   ABI Document Support Services
P.O. Box 2970
Springfield, MO 65801-2970



Order#:6007580-03/ABIINVre^1



# *Invoice*

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | August 6, 2018 | 6007577-06-01 |

1.800.266.0613    Fax: 1.800.266.5044

Federal Tax I.D. No. 44-0657294 Professional Photocopier ID #: 551

Terms: **30 Days**

Bill To:  Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

Ship To:  Martin Holly, Esq.
Manning & Marder, Kass, Ellrod, Ramirez, LLP
801 S. Figueroa, Suite 1300
Los Angeles, CA 90017

| | | |
|---|---|---|
| PERTAINING TO: Danny Naor Coolidge aka Naor Danny Coolidge | FIRMS NUMBER: 1999-57931 | |
| CASE TITLE: Danny Naor Coolidge | INSURED: | |
| vs. TARGET CORPORATION | DATE OF LOSS: 07/23/2015 | |
| CASE NUMBER: BC669105 | CLAIM / POLICY #: 1999-57931 / | |

| LOCATION AND DESCRIPTION OF BILLING | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Cedars-Sinai Medical Center/Radiology** | | | |
| **Los Angeles, CA** | | | |
| Basic Fee - Subpoena | | | 37.00 |
| Fee Advance Charge - per payment | 1.00 | 2.75 | 2.75 |
| Notice to Consumer | | | 5.00 |
| Subpoena Preparation | | | 12.50 |
| Trip Charge | 1.00 | 15.00 | 15.00 |
| Witness Fee | | | 15.00 |

| | | |
|---|---|---|
| **Regarding: Danny Naor Coolidge aka Naor Danny Coolidge at  Cedars-Sinai Medical Center/Radiology Los Angeles** | SUB-TOTAL | 87.25 |
| | SALES TAX | .48 |
| **Per your office, this case has settled. sjr** | | |
| Thank you for choosing ABI Document Support Services! | TOTAL DUE | $ 87.73 |

For billing inquiries, please contact our Customer Service Department at 1-800-266-0613.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FOR PROPER CREDIT, PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

### *Remittance Copy*

PLEASE CHECK HERE ( ) AND
MAKE CHANGES TO ADDRESS
BELOW.

Bill To:   Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | August 6, 2018 | 6007577-06-01 |

**TOTAL DUE:**      $  87.73

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.

2. MAKE CHECKS PAYABLE TO ABI Document Support Services.

Remit To:   ABI Document Support Services
P.O. Box 2970
Springfield, MO 65801-2970



Order#:6007577-06/ABIINVre^1



# *Invoice*

1.800.266.0613    Fax: 1.800.266.5044

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | August 6, 2018 | 6007409-07-01 |

Federal Tax I.D. No. 44-0657294 Professional Photocopier ID #: 551

**Terms: 30 Days**

Bill To: Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

Ship To: Martin Holly, Esq.
Manning & Marder, Kass, Ellrod, Ramirez, LLP
801 S. Figueroa, Suite 1300
Los Angeles, CA 90017

| | | | |
|---|---|---|---|
| PERTAINING TO: | Danny Naor Coolidge aka Naor Danny Coolidge | FIRMS NUMBER: | 1999-57931 |
| CASE TITLE: | Danny Naor Coolidge | INSURED: | |
| | vs. TARGET CORPORATION | DATE OF LOSS: | 07/23/2015 |
| CASE NUMBER: | BC669105 | CLAIM / POLICY #: | 1999-57931 / |

| LOCATION AND DESCRIPTION OF BILLING | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **A-Medical Billing** | | | |
| **Santa Ana, CA** | | | |
| Basic Fee - Subpoena | | | 37.00 |
| Fee Advance Charge - per payment | 1.00 | 2.75 | 2.75 |
| Notice to Consumer | | | 5.00 |
| Subpoena Preparation | | | 12.50 |
| Trip Charge | 1.00 | 15.00 | 15.00 |
| Witness Fee | | | 15.00 |

| | | |
|---|---|---|
| Regarding: Danny Naor Coolidge aka Naor Danny Coolidge at A-Medical Billing Santa Ana | SUB-TOTAL | 87.25 |
| Per your office, this case has settled. sjr | SALES TAX | .48 |
| Thank you for choosing ABI Document Support Services! | TOTAL DUE | $ 87.73 |

For billing inquiries, please contact our Customer Service Department at 1-800-266-0613.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FOR PROPER CREDIT, PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.    **Remittance Copy**

PLEASE CHECK HERE ( ) AND
MAKE CHANGES TO ADDRESS
BELOW.

Bill To:    Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | August 6, 2018 | 6007409-07-01 |

TOTAL DUE: | $ 87.73 |

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO ABI Document Support Services.

Remit To:    ABI Document Support Services
P.O. Box 2970
Springfield, MO 65801-2970



Order#:6007409-07/ABIINVrs^1



# *Invoice*

1.800.266.0613    Fax: 1.800.266.5044

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | August 6, 2018 | 6007409-06-01 |

Federal Tax I.D. No. 44-0657294 Professional Photocopier ID #: 551

Terms: **30 Days**

Bill To:  Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

Ship To:  Martin Holly, Esq.
Manning & Marder, Kass, Ellrod, Ramirez, LLP
801 S. Figueroa, Suite 1300
Los Angeles, CA 90017

| | |
|---|---|
| PERTAINING TO:  Danny Naor Coolidge aka Naor Danny Coolidge | FIRMS NUMBER:  1999-57931 |
| CASE TITLE:    Danny Naor Coolidge | INSURED: |
|                vs. TARGET CORPORATION | DATE OF LOSS:  07/23/2015 |
| CASE NUMBER:  BC669105 | CLAIM / POLICY #: 1999-57931 / |

| LOCATION AND DESCRIPTION OF BILLING | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Ronald Glousman, MD** | | | |
| **Beverly Hills, CA** | | | 37.00 |
| Basic Fee - Subpoena | 1.00 | 2.75 | 2.75 |
| Fee Advance Charge - per payment | | | 5.00 |
| Notice to Consumer | | | 12.50 |
| Subpoena Preparation | 1.00 | 15.00 | 15.00 |
| Trip Charge | | | 15.00 |
| Witness Fee | | | |

| | | |
|---|---|---|
| Regarding: Danny Naor Coolidge aka Naor Danny Coolidge at  Ronald Glousman, MD Beverly Hills | SUB-TOTAL | 87.25 |
| | SALES TAX | .48 |
| Per your office, this case has settled. sjr | | |
| Thank you for choosing ABI Document Support Services! | TOTAL DUE | $ 87.73 |

For billing inquiries, please contact our Customer Service Department at 1-800-266-0613.

FOR PROPER CREDIT, PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

*Remittance Copy*

PLEASE CHECK HERE ( ) AND
MAKE CHANGES TO ADDRESS
BELOW.

Bill To:  Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | August 6, 2018 | 6007409-06-01 |

TOTAL DUE:     $  87.73

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.

2. MAKE CHECKS PAYABLE TO ABI Document Support Services.

Remit To:  **ABI Document Support Services**
**P.O. Box 2970**
**Springfield, MO 65801-2970**



Order#:6007409-06/ABIINVre^1



*Invoice*

1.800.266.0613    Fax: 1.800.266.5044

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | August 6, 2018 | 6007409-03-01 |

Federal Tax I.D. No. 44-0657294 Professional Photocopier ID #: 551

Terms: **30 Days**

Bill To: Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

Ship To: Martin Holly, Esq.
Manning & Marder, Kass, Ellrod, Ramirez, LLP
801 S. Figueroa, Suite 1300
Los Angeles, CA 90017

| | |
|---|---|
| PERTAINING TO: Danny Naor Coolidge aka Naor Danny Coolidge | FIRMS NUMBER: 1999-57931 |
| CASE TITLE: Danny Naor Coolidge | INSURED: |
| vs. TARGET CORPORATION | DATE OF LOSS: 07/23/2015 |
| CASE NUMBER: BC669105 | CLAIM / POLICY #: 1999-57931 / |

| LOCATION AND DESCRIPTION OF BILLING | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Cedars-Sinai Medical Center/Radiology** | | | |
| **Los Angeles, CA** | | | 37.00 |
| Basic Fee - Subpoena | 1.00 | 2.75 | 2.75 |
| Fee Advance Charge - per payment | | | 5.00 |
| Notice to Consumer | | | 12.50 |
| Subpoena Preparation | 1.00 | 15.00 | 15.00 |
| Trip Charge | | | 15.00 |
| Witness Fee | | | |

Regarding: Danny Naor Coolidge aka Naor Danny Coolidge at Cedars-Sinai Medical Center/Radiology Los Angeles

Per your office, this case has settled. sjr

Thank you for choosing ABI Document Support Services!

| | |
|---|---|
| SUB-TOTAL | 87.25 |
| SALES TAX | .48 |
| TOTAL DUE | $ 87.73 |

For billing inquiries, please contact our Customer Service Department at 1-800-266-0613.

------------------------------------------------------------------------------------
FOR PROPER CREDIT, PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

*Remittance Copy*

PLEASE CHECK HERE (  ) AND
MAKE CHANGES TO ADDRESS
BELOW.

Bill To: Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | August 6, 2018 | 6007409-03-01 |

TOTAL DUE:     $ 87.73

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.

2. MAKE CHECKS PAYABLE TO ABI Document Support Services.

Remit To: ABI Document Support Services
P.O. Box 2970
Springfield, MO 65801-2970



Order#:6007409-03/ABIINVrs^1



*Invoice*

1.800.266.0613   Fax: 1.800.266.5044

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | August 6, 2018 | 6013496-01-01 |

Federal Tax I.D. No. 44-0657294 Professional Photocopier ID #: 551

Terms: **30 Days**

Bill To:   Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

Ship To:   Martin Holly, Esq.
Manning & Marder, Kass, Ellrod, Ramirez, LLP
801 S. Figueroa, Suite 1300
Los Angeles, CA 90017

| | |
|---|---|
| **PERTAINING TO:** Danny Naor Coolidge aka Naor Danny Coolidge | **FIRMS NUMBER:** 1999-57931 |
| **CASE TITLE:** Danny Naor Coolidge | **INSURED:** |
| vs. TARGET CORPORATION | **DATE OF LOSS:** 07/23/2015 |
| | **CLAIM / POLICY #:** 1999-57931 / |
| **CASE NUMBER:** BC669105 | |

| LOCATION AND DESCRIPTION OF BILLING | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Moossa Heikali, MD | | | |
| Los Angeles, CA | | | |
| | | | 37.00 |
| Basic Fee - Subpoena | | | 2.75 |
| Fee Advance Charge - per payment | 1.00 | 2.75 | 5.00 |
| Notice to Consumer | | | 12.50 |
| Subpoena Preparation | | | 15.00 |
| Trip Charge | 1.00 | 15.00 | 15.00 |
| Witness Fee | | | |

| | |
|---|---|
| **Regarding:** Danny Naor Coolidge aka Naor Danny Coolidge at  Moossa Heikali, MD Los Angeles | **SUB-TOTAL**    87.25 |
| | **SALES TAX**    .48 |
| **Per your office, this case has settled.** sjr | |
| Thank you for choosing ABI Document Support Services! | **TOTAL DUE**    $ 87.73 |

For billing inquiries, please contact our Customer Service Department at 1-800-266-0613.

-------------------------------------------------------------------------

FOR PROPER CREDIT, PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

*Remittance Copy*

PLEASE CHECK HERE (  ) AND
MAKE CHANGES TO ADDRESS
BELOW.

Bill To:   **Martin D. Holly, Esq.**
**Manning & Kass, Ellrod, Ramirez, Trester LLP**
**801 South Figueroa, 15th Floor**
**Los Angeles, CA 90017**

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | August 6, 2018 | 6013496-01-01 |

**TOTAL DUE:**   $  87.73

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.

2. MAKE CHECKS PAYABLE TO ABI Document Support Services.

Remit To:   **ABI Document Support Services**
**P.O. Box 2970**
**Springfield, MO 65801-2970**



Order#:6013496-01/ABIINVre^1

# *Invoice*



1.800.266.0613    Fax: 1.800.266.5044

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | August 6, 2018 | 6006365-03-01 |

Federal Tax I.D. No. 44-0657294 Professional Photocopier ID #: 551

Terms: **30 Days**

Bill To: Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

Ship To: Martin Holly, Esq.
Manning & Marder, Kass, Ellrod, Ramirez, LLP
801 S. Figueroa, Suite 1300
Los Angeles, CA 90017

| | | | |
|---|---|---|---|
| PERTAINING TO: | Danny Naor Coolidge aka Naor Danny Coolidge | FIRMS NUMBER: | 1999-57931 |
| CASE TITLE: | Danny Naor Coolidge | INSURED: | |
| | vs. TARGET CORPORATION | DATE OF LOSS: | 07/23/2015 |
| CASE NUMBER: | BC669105 | CLAIM / POLICY #: | 1999-57931 / |

| LOCATION AND DESCRIPTION OF BILLING | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Cedars-Sinal Medical Center/Radiology** | | | |
| **Los Angeles, CA** | | | |
| Basic Fee - Subpoena | | | 37.00 |
| Fee Advance Charge - per payment | 1.00 | 2.75 | 2.75 |
| Notice to Consumer | | | 5.00 |
| Subpoena Preparation | | | 12.50 |
| Trip Charge | 1.00 | 15.00 | 15.00 |
| Witness Fee | | | 15.00 |

| Regarding: Danny Naor Coolidge aka Naor Danny Coolidge at Cedars-Sinai Medical Center/Radiology Los Angeles | SUB-TOTAL | 87.25 |
|---|---|---|
| | SALES TAX | .48 |
| Per your office, this case has settled. sjr | | |
| Thank you for choosing ABI Document Support Services! | TOTAL DUE | **$ 87.73** |

For billing inquiries, please contact our Customer Service Department at 1-800-266-0613.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FOR PROPER CREDIT, PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

*Remittance Copy*

PLEASE CHECK HERE (  ) AND
MAKE CHANGES TO ADDRESS
BELOW.

Bill To:   Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | August 6, 2018 | 6006365-03-01 |

TOTAL DUE:   |  $  87.73  |

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.

2. MAKE CHECKS PAYABLE TO ABI Document Support Services.

Remit To:   ABI Document Support Services
P.O. Box 2970
Springfield, MO 65801-2970



Order#:6006365-03/ABIINVrs^1

*Invoice*



1.800.266.0613   Fax: 1.800.266.5044

| ACCOUNT NO. | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | August 7, 2018 | 6006365-01-01 |

Federal Tax I.D. No. 44-0657294 Professional Photocopier ID #: 551

Terms: **30 Days**

Bill To: Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

Ship To: Martin Holly, Esq.
Manning & Marder, Kass, Ellrod, Ramirez, LLP
801 S. Figueroa, Suite 1300
Los Angeles, CA 90017

| PERTAINING TO: | Danny Naor Coolidge aka Naor Danny Coolidge | FIRMS NUMBER: 1999-57931 |
|---|---|---|
| CASE TITLE: | Danny Naor Coolidge | INSURED: |
| | vs. TARGET CORPORATION | DATE OF LOSS: 07/23/2015 |
| CASE NUMBER: | BC669105 | CLAIM / POLICY #: 1999-57931 / |

| LOCATION AND DESCRIPTION OF BILLING | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Cedars-Sinai Medical Center/Medical Torrance, CA** | | | |
| Basic Fee - Subpoena | 1.00 | 2.75 | 37.00 |
| Fee Advance Charge - per payment | | | 2.75 |
| Notice to Consumer | | | 5.00 |
| Subpoena Preparation | 1.00 | 15.00 | 12.50 |
| Trip Charge | | | 15.00 |
| Witness Fee | | | 15.00 |

**Regarding: Danny Naor Coolidge aka Naor Danny Coolidge at  Cedars-Sinai Medical Center/Medical Torrance**

**Per your office, this case has settled. sjr**

Thank you for choosing ABI Document Support Services!

| | |
|---|---|
| SUB-TOTAL | 87.25 |
| SALES TAX | .48 |
| TOTAL DUE | $ 87.73 |

For billing inquiries, please contact our Customer Service Department at 1-800-266-0613.

FOR PROPER CREDIT, PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.        *Remittance Copy*

PLEASE CHECK HERE (  ) AND
MAKE CHANGES TO ADDRESS
BELOW.

Bill To:   Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | August 7, 2018 | 6006365-01-01 |

TOTAL DUE:        $  87.73

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.

2. MAKE CHECKS PAYABLE TO ABI Document Support Services.

Remit To:   **ABI Document Support Services**
**P.O. Box 2970**
**Springfield, MO 65801-2970**



Order#:6006365-01/ABIINVre^1

*Invoice*



| ACCOUNT NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 6999SA | August 7, 2018 | 6006365-02-01 |

1.800.266.0613    Fax: 1.800.266.5044

Federal Tax I.D. No. 44-0657294 Professional Photocopier ID #: 551

Terms: 30 Days

Bill To: Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

Ship To: Martin Holly, Esq.
Manning & Marder, Kass, Ellrod, Ramirez, LLP
801 S. Figueroa, Suite 1300
Los Angeles, CA 90017

PERTAINING TO: Danny Naor Coolidge aka Naor Danny Coolidge
CASE TITLE:   Danny Naor Coolidge
                    vs. TARGET CORPORATION
CASE NUMBER: BC669105

FIRMS NUMBER:  1999-57931
INSURED:
DATE OF LOSS:  07/23/2015
CLAIM / POLICY #: 1999-57931 /

| LOCATION AND DESCRIPTION OF BILLING | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Cedars-Sinai Medical Center/Billing** **Torrance, CA** | | | |
| Basic Fee - Subpoena | | | 37.00 |
| Fee Advance Charge - per payment | 1.00 | 2.75 | 2.75 |
| Notice to Consumer | | | 5.00 |
| Subpoena Preparation | | | 12.50 |
| Trip Charge | 1.00 | 15.00 | 15.00 |
| Witness Fee | | | 15.00 |

| | | |
|---|---|---|
| **Regarding: Danny Naor Coolidge aka Naor Danny Coolidge at  Cedars-Sinai Medical Center/Billing Torrance** | SUB-TOTAL | 87.25 |
| | SALES TAX | .48 |
| **Per your office, this case has settled. sjr** | | |
| Thank you for choosing ABI Document Support Services! | TOTAL DUE | $ 87.73 |

For billing inquiries, please contact our Customer Service Department at 1-800-266-0613.

--------------------------------------------------------------------

FOR PROPER CREDIT, PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

*Remittance Copy*

PLEASE CHECK HERE ( ) AND
MAKE CHANGES TO ADDRESS
BELOW.

Bill To:    Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

| ACCOUNT NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 6999SA | August 7, 2018 | 6006365-02-01 |

TOTAL DUE:          $  87.73

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.

2. MAKE CHECKS PAYABLE TO ABI Document Support Services.

Remit To:  ABI Document Support Services
P.O. Box 2970
Springfield, MO 65801-2970



Order#:6006365-02/ABIINVre^1

*Invoice*



1.800.266.0613    Fax: 1.800.266.5044

| ACCOUNT NO. | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | August 8, 2018 | 6007577-08-01 |

Federal Tax I.D. No. 44-0657294 Professional Photocopier ID #: 551

Terms: **30 Days**

Bill To:  Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

Ship To:  Martin Holly, Esq.
Manning & Marder, Kass, Ellrod, Ramirez, LLP
801 S. Figueroa, Suite 1300
Los Angeles, CA 90017

| PERTAINING TO: Danny Naor Coolidge aka Naor Danny Coolidge | FIRMS NUMBER:  1999-57931 |
|---|---|
| CASE TITLE:  Danny Naor Coolidge | INSURED: |
| vs. TARGET CORPORATION | DATE OF LOSS:  07/23/2015 |
| CASE NUMBER:  BC669105 | CLAIM / POLICY #: 1999-57931 / |

| LOCATION AND DESCRIPTION OF BILLING | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Santa Monica UCLA Medical Center & Orthopaedic Hospital/Patient Accounts Los Angeles, CA | | | |
| | | | 37.00 |
| Basic Fee - Subpoena | 1.00 | 2.75 | 2.75 |
| Fee Advance Charge - per payment | | | 5.00 |
| Notice to Consumer | | | 12.50 |
| Subpoena Preparation | 1.00 | 15.00 | 15.00 |
| Trip Charge | | | 15.00 |
| Witness Fee | | | |

| Regarding: Danny Naor Coolidge aka Naor Danny Coolidge at  Santa Monica UCLA Medical Center & Orthopaedic Hospital/Patient Accounts Los Angeles | SUB-TOTAL | 87.25 |
|---|---|---|
| | SALES TAX | .48 |
| Per your office, this case has settled. sjr | | |
| Thank you for choosing ABI Document Support Services! | TOTAL DUE | $ 87.73 |

For billing inquiries, please contact our Customer Service Department at 1-800-266-0613.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FOR PROPER CREDIT, PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.    *Remittance Copy*

PLEASE CHECK HERE (   ) AND
MAKE CHANGES TO ADDRESS
BELOW.

Bill To:  Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | August 8, 2018 | 6007577-08-01 |

TOTAL DUE:          $  87.73

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.

2. MAKE CHECKS PAYABLE TO ABI Document Support Services.

Remit To:  ABI Document Support Services
P.O. Box 2970
Springfield, MO 65801-2970



Order#:6007577-08/ABIINVrs^1



*Invoice*



1.800.266.0613    Fax: 1.800.266.5044

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | August 9, 2018 | 6007577-09-01 |

Federal Tax I.D. No. 44-0657294 Professional Photocopier ID #: 551

Terms: **30 Days**

Bill To: Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

Ship To: Martin Holly, Esq.
Manning & Marder, Kass, Ellrod, Ramirez, LLP
801 S. Figueroa, Suite 1300
Los Angeles, CA 90017

| PERTAINING TO: Danny Naor Coolidge aka Naor Danny Coolidge | FIRMS NUMBER: 1999-57931 |
|---|---|
| CASE TITLE:  Danny Naor Coolidge | INSURED: |
|                     vs. TARGET CORPORATION | DATE OF LOSS:  07/23/2015 |
| CASE NUMBER:  BC669105 | CLAIM / POLICY #: 1999-57931 / |

| LOCATION AND DESCRIPTION OF BILLING | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **UCLA Physicians Billing**<br>**Los Angeles, CA** | | | |
|  | | | 37.00 |
| Basic Fee - Subpoena | 1.00 | 2.75 | 2.75 |
| Fee Advance Charge - per payment | | | 5.00 |
| Notice to Consumer | | | 12.50 |
| Subpoena Preparation | 1.00 | 15.00 | 15.00 |
| Trip Charge | | | 15.00 |
| Witness Fee | | | |

| | |
|---|---|
| **Regarding:** Danny Naor Coolidge aka Naor Danny Coolidge at UCLA Physicians Billing Los Angeles | SUB-TOTAL    87.25 |
|  | SALES TAX    .48 |
| **Per your office, this case has settled. sjr** | |
| Thank you for choosing ABI Document Support Services! | TOTAL DUE   $ 87.73 |

For billing inquiries, please contact our Customer Service Department at 1-800-266-0613.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FOR PROPER CREDIT, PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.        *Remittance Copy*

PLEASE CHECK HERE (  ) AND
MAKE CHANGES TO ADDRESS
BELOW.

Bill To:    Martin D. Holly, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | August 9, 2018 | 6007577-09-01 |

TOTAL DUE:        $  87.73

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.

2. MAKE CHECKS PAYABLE TO ABI Document Support Services.

Remit To:   **ABI Document Support Services**
**P.O. Box 2970**
**Springfield, MO 65801-2970**



Order#:6007577-09/ABIINVre^1



DOCUMENT
SUPPORT
SERVICES

*Invoice*

1.800.266.0613    Fax: 1.800.266.5044

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | August 13, 2018 | 5940376-07-01 |

Federal Tax I.D. No. 44-0657294 Professional Photocopier ID #: 551

Terms: 30 Days

Bill To:  **Martin D. Holly, Esq.**
**Manning & Kass, Ellrod, Ramirez, Trester LLP**
**801 South Figueroa, 15th Floor**
**Los Angeles, CA 90017**

Ship To:  Martin Holly, Esq.
Manning & Marder, Kass, Ellrod, Ramirez, LLP
801 S. Figueroa, Suite 1300
Los Angeles, CA 90017

| | | | |
|---|---|---|---|
| PERTAINING TO: | Danny Naor Coolidge aka Naor Danny Coolidge | FIRMS NUMBER: | 1999-57931 |
| CASE TITLE: | Danny Naor Coolidge | INSURED: | |
| | vs. TARGET CORPORATION | DATE OF LOSS: | 07/23/2015 |
| CASE NUMBER: | BC669105 | CLAIM / POLICY #: | 1999-57931 / |

| LOCATION AND DESCRIPTION OF BILLING | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Cedars-Sinai Medical Center**<br>**Torrance, CA** | | | |
| Basic Fee - Subpoena | | | 37.00 |
| Fee Advance Charge - per payment | 1.00 | 2.75 | 2.75 |
| Custodial Fee | | | 15.00 |

| | | |
|---|---|---|
| **Regarding: Danny Naor Coolidge aka Naor Danny Coolidge at  Cedars-Sinai Medical Center Torrance** | SUB-TOTAL | 54.75 |
| **Per your office, this case has settled. Please note, fees advanced prior to case settling. dlb** | SALES TAX | .00 |
| Thank you for choosing ABI Document Support Services! | TOTAL DUE | **$ 54.75** |

For billing inquiries, please contact our Customer Service Department at 1-800-266-0613.

----------------------------------------------------------------

FOR PROPER CREDIT, PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

*Remittance Copy*

PLEASE CHECK HERE (  ) AND
MAKE CHANGES TO ADDRESS
BELOW.

Bill To:  **Martin D. Holly, Esq.**
**Manning & Kass, Ellrod, Ramirez, Trester LLP**
**801 South Figueroa, 15th Floor**
**Los Angeles, CA 90017**

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 6999SA | August 13, 2018 | 5940376-07-01 |

**TOTAL DUE:**     **$  54.75**

Remit To:  **ABI Document Support Services**
**P.O. Box 2970**
**Springfield, MO 65801-2970**

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.

2. MAKE CHECKS PAYABLE TO ABI Document Support Services.



Order#:5940376-07/ABIINVre^1

## Coolidge v. Target

## 2:18-cv-00842 SVW(RAOx)

## Deposition Fees – Worksheet

| Dates | Description | Amount |
|-------|-------------|--------|
| 07/25/2018 | 07/19/2018 – Deposition of PMK Anthony E. Johnson | 669.05 |
| 07/31/2018 | 07/12/2018 – Deposition of Plaintiff Danny N. Coolidge | 1,900.76 |
| | | |
| | Total: | 2,569.81 |
| | | |
| | | |
| | | |
| | | |
| | | |

# INVOICE

**Personal**

COURT REPORTERS, INC.
818.988.1900   www.personalcourtreporters.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 123181 | 7/25/2018 | 134858 |
| **Job Date** | **Case No.** | |
| 7/19/2018 | 2:18-CV-00842-SVW-RAO | |
| **Case Name** | | |
| Danny N. Coolidge vs. Target Corporation | | |
| **Payment Terms** | | |
| Net 60 | | |

Martin D. Holly
Manning & Kass Ellrod Ramirez Trester, LLP
801 S. Figueroa St
15th FL
Los Angeles CA  90017

CERTIFIED TRANSCRIPT - EXPEDITED DELIVERY:

PMK Anthony Eugene Johnson

| | | | | | |
|---|---|---|---|---|---|
| Certified Copy | 129.00 | Pages | @ | 3.45 | 445.05 |
| Cover | | | | 4.50 | 4.50 |
| Tabs | 10.00 | Pages | @ | 0.55 | 5.50 |
| Exhibits - Black & White plus Scanned | 115.00 | Pages | @ | 0.60 | 69.00 |
| Electronic Support Package | | | | 30.00 | 30.00 |
| Expedited Certified Copy | | | | 100.00 | 100.00 |
| Handling | | | | 15.00 | 15.00 |

**TOTAL DUE >>>**                    **$669.05**

Thank you for choosing Personal Court Reporters!

Payment is due by the ordering attorney upon receipt of invoice, and is not contingent upon third party payment. Invoices over thirty (30) days are considered past due and monthly finance charges accrue at the rate of 10% per annum on the unpaid balance.  In the event of legal action, PCR shall be entitled to an award of reasonable attorneys' fees and costs. This contract is entered into and governed by the State of California, County of Los Angeles.

PCR IS SAVING TREES! All invoices and transcripts are provided electronically to the ordering attorney, unless we are directed otherwise.

**(-) Payments/Credits:**                    0.00

Tax ID: 95-4838903

*Please detach bottom portion and return with payment.*

Martin D. Holly
Manning & Kass Ellrod Ramirez Trester, LLP
801 S. Figueroa St
15th FL
Los Angeles CA  90017

Job No.      : 134858          BU ID         : Wall-OUT
Case No.     : 2:18-CV-00842-SVW-RAO
Case Name  : Danny N. Coolidge vs. Target Corporation

Invoice No.  : 123181         Invoice Date  : 7/25/2018
**Total Due    : $669.05**

**PAYMENT WITH CREDIT CARD**          AMEX   MasterCard   VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Personal Court Reporters, Inc.**
**14520 Sylvan St**
**Van Nuys CA  91411**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 123181 | 7/25/2018 | 134858 |
| **Job Date** | **Case No.** | |
| 7/19/2018 | 2:18-CV-00842-SVW-RAO | |
| **Case Name** | | |
| Danny N. Coolidge vs. Target Corporation | | |
| **Payment Terms** | | |
| Net 60 | | |

**COURT REPORTERS, INC.**
818.988.1900   www.personalcourtreporters.com

Martin D. Holly
Manning & Kass Ellrod Ramirez Trester, LLP
801 S. Figueroa St
15th FL
Los Angeles CA  90017

| | |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 669.05 |

Tax ID: 95-4838903

*Please detach bottom portion and return with payment.*

Martin D. Holly
Manning & Kass Ellrod Ramirez Trester, LLP
801 S. Figueroa St
15th FL
Los Angeles CA  90017

| | | | |
|---|---|---|---|
| Job No. | : 134858 | BU ID | : Wall-OUT |
| Case No. | : 2:18-CV-00842-SVW-RAO | | |
| Case Name | : Danny N. Coolidge vs. Target Corporation | | |
| Invoice No. | : 123181 | Invoice Date | : 7/25/2018 |
| **Total Due** | **: $669.05** | | |

Remit To:   **Personal Court Reporters, Inc.**
**14520 Sylvan St**
**Van Nuys CA  91411**

**PAYMENT WITH CREDIT CARD**   AMEX   FanCH   VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

 **ESQUIRE**

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

*Invoice* **INV1285818**

| | | | |
|---|---|---|---|
| Date | 7/31/2018 | Client Number | C06007 |
| Terms | Net 30 | Esquire Office | Los Angeles |
| Due Date | 8/30/2018 | Proceeding Type | Deposition |
| | | Name of Insured | |
| | | Adjuster | n/a |
| | | Firm Matter/File # | |
| | | Client Claim/Matter # | Not Provided |
| | | Date of Loss | |

**Bill To**
Manning Kass Ellrod Ramirez & Trester
801 South Figueroa Street
15th Floor
Los Angeles CA 90017

**Services Provided For**
Manning Kass Ellrod Ramirez & Trester - Los Angeles
Holly, Martin D
801 South Figueroa Street
15th Floor
Los Angeles CA 90017

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 7/12/2018 | J2398941 | Los Angeles, CALIFORNIA | DANNY N COOLIDGE V TARGET CORP |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| APP FEE: WAIT TIME | Danny N. Coolidge | 0.75 | 0.00 | 0.00 |
| TRANSCRIPT - O&1-INT-WI | Danny N. Coolidge | 132 | 3.55 | 468.60 |
| VOLUME DISC | Danny N. Coolidge | | | -4.69 |
| ASCII | Danny N. Coolidge | 1 | 0.00 | 0.00 |
| CONDENSED TRANSCRIPT | Danny N. Coolidge | 1 | 0.00 | 0.00 |
| EXHIBITS W/TABS | Danny N. Coolidge | 5 | 0.20 | 1.00 |
| EXHIBITS COLOR | Danny N. Coolidge | 3 | 1.95 | 5.85 |
| DIGITAL TRANSCRIPT-PDF-PTX | Danny N. Coolidge | 1 | 0.00 | 0.00 |
| RARE INTERPRETING SERVICE | Danny N. Coolidge | 6 | 235.00 | 1,410.00 |
| HANDLING FEE | Danny N. Coolidge | 1 | 0.00 | 0.00 |
| WITNESS READ & SIGN LETTER | Danny N. Coolidge | 1 | 10.00 | 10.00 |
| SHIPPING CHARGES | Danny N. Coolidge | 1 | 10.00 | 10.00 |
| TRAVEL CHARGE - CR | Danny N. Coolidge | 1 | 0.00 | 0.00 |

*Representing Client: Target - Minneapolis : Target*

| | |
|---|---|
| Subtotal | 1,900.76 |
| Shipping Cost (FedEx) | 0.00 |
| Total | 1,900.76 |
| Amount Due | $1,900.76 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| Client Name | Manning Kass Ellrod Ramirez & |
| Client # | C06007 |
| Invoice # | INV1285818 |
| Invoice Date | 7/31/2018 |
| Due Date | 8/30/2018 |
| Amount Due | $ 1,900.76 |